IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* ALON J. VAINER, M.D., F.A.C.P. and )<br>DANIEL BARBIR, R.N., )<br>  )<br>  Plaintiffs/Relators, )<br>  )<br>v. )<br>  )<br>DAVITA INC., and )<br>GAMBRO HEALTHCARE, INC., and )<br>their respective subsidiaries and )<br>affiliated companies, )<br>  )<br>  Defendants. )<br>_____ ) | Civil Action File No.<br>1:07-CV-2509-CAP |

**DEFENDANTS' MOTION TO STAY
PRELIMINARY DISCOVERY DEADLINES PENDING
RESOLUTION OF DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants DaVita Inc. and Gambro Healthcare, Inc.[1] hereby respectfully move the Court to stay the following preliminary discovery deadlines until the Court has resolved all motions to dismiss and Defendants have filed an answer in this action under Federal Rule 12(a):

---

[1] Gambro Healthcare, Inc. changed its name to DVA Renal Healthcare, Inc. in 2005.

905283.1

1

(1) a Rule 26(f) early planning conference under Local Rule 16.1;

(2) a Joint Preliminary Report and Discovery Plan under Local Rule 16.2; and

(3) Rule 26(a) initial disclosures under and Local Rule 26.1.

In support of this motion, Defendants rely on the accompanying Memorandum of Law.

A proposed order is attached hereto for the Court's convenience as Exhibit A.

Respectfully submitted this 30th day of August, 2011

>*/s/ Benjamin E. Fox*
>John E. Floyd (Ga. Bar No. 266413)
>Benjamin E. Fox (Ga. Bar No. 329427)
>BONDURANT, MIXSON & ELMORE LLP
>1201 W. Peachtree Street, NW, Suite 3900
>Atlanta, GA 30309
>Telephone: 404-881-4100
>Facsimile: 404-881-4111
>floyd@bmelaw.com
>fox@bmelaw.com
>
>Mark W. Pearlstein (*pro hac vice*)
>Laura McLane (*pro hac vice*)
>MCDERMOTT WILL & EMERY LLP
>28 State Street
>Boston, MA 02109-1775
>Telephone: 617-535-4000
>Facsimile: 617-535-3800
>mpearlstein@mwe.com
>lmclane@mwe.com

                    Bobby Lee Cook (Ga. Bar No. 183100)
                    COOK & CONNELLY
                    9899 Commerce Street
                    P.O. Box 370
                    Summerville, GA 30747
                    Phone: 706-857-3421
                    Fax: 706-857-1520
                    cookandconnelly@windstream.net

                    *Attorneys for Defendants*
                    *DaVita Inc. and*
                    *Gambro Healthcare, Inc.*

## **CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 37.1, undersigned counsel for Defendants hereby certifies that, prior to filing the accompanying Motion to Stay Preliminary Discovery Deadlines Pending Resolution of Defendants' Motion to Dismiss, counsel conferred with counsel for Plaintiffs in a good faith effort to resolve the matters involved.  Efforts to resolve by agreement the issues raised failed.

*/s/ Benjamin E. Fox*
Benjamin E. Fox

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

                                          */s/ Benjamin E. Fox*
                                          Ben E. Fox

# CERTIFICATE OF SERVICE

I hereby certify that this 30th day of August, 2011 a copy of the foregoing **DEFENDANTS' MOTION TO STAY PRELIMINARY DISCOVERY DEADLINES PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel as follows:

Daniel A. Caldwell
U.S. Attorneys Office – Atlanta
Assistant Unites States Attorney,
Criminal Division
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
*daniel.caldwell@usdoj.gov*

Jeffrey D. Horst
Zahra S. Karinshak
Christopher E. Adams
Krevolin & Horst. LLC
1201 West Peachtree Street
Suite 3250
Atlanta, GA 30309
horst@khlawfirm.com
karinshak@khlawfirm.com
adams@khlawfirm.com

L. Lin Wood, Jr.
Katherine V. Hernacki
Stacey Godfrey Evans
Wood, Hernacki & Evans, LLC
1180 Peachtree Street, N.W.
Suite 2400
Atlanta, GA 30309
*lwood@whetriallaw.com*
*khernacki@whetriallaw.com*
*seveans@whetriallaw.com*

Marlan B. Wilbanks
Tyrone M. Bridges
Wilbanks & Bridges, LLP
Suite 1075
3414 Peachtree Road, N.E.
Atlanta, GA 30326
*mbw@wilbanks-bridgeslaw.com*
*tmb@wilbanks-bridgeslaw.com*

　　　　　　　　　　　　　　　　　　*/s/ Benjamin E. Fox*
　　　　　　　　　　　　　　　　　　Ben E. Fox

905283.1

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALON J. VAINER, M.D., F.A.C.P. and DANIEL BARBIR, R.N., | ) ) ) ) | |
| Plaintiffs/Relators, | ) ) | Civil Action File No. 1:07-CV-2509-CAP |
| v. | ) ) | |
| DAVITA INC., and GAMBRO HEALTHCARE, INC., and their respective subsidiaries and affiliated companies, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER GRANTING MOTION TO STAY

Defendants' Motion to Stay Preliminary Discovery Deadlines Pending Resolution of Defendants' Motion to Dismiss having come before the Court, the same having reviewed and considered the motion and memorandum of law in support of the motion and for good cause shown, it is hereby ordered that the following discovery deadlines are stayed until the Court has resolved all motions to dismiss:

905283.1

  (1)  a Rule 26(f) early planning conference under Local Rule 16.1;

  (2)  a Joint Preliminary Report and Discovery Plan under Local Rule 16.2; and

  (3)  Rule 26(a) initial disclosures under and Local Rule 26.1.

These deadlines shall commence from the date Defendants' file an answer in this action under Federal Rule 12(a).

SO ORDERED this _____ day of _____, 2011.

              _____
              Judge Charles A. Pannell, Jr.
              United States District Judge,
              Northern District of Georgia