# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* ALON J. VAINER, M.D., F.A.C.P. and ) <br> DANIEL BARBIR, R.N., ) <br> ) <br>     Plaintiffs/Relators, ) <br> ) <br> v. ) <br> ) <br> DAVITA INC., and ) <br> GAMBRO HEALTHCARE, INC., and ) <br> their respective subsidiaries and ) <br> affiliated companies, ) <br> ) <br>     Defendants. ) <br> _____) | Civil Action File No. <br> 1:07-CV-2509-CAP |

**MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS'**
**MOTION TO STAY PRELIMINARY DISCOVERY DEADLINES**
**PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS**

Defendants DaVita Inc. and Gambro Healthcare, Inc.[1] hereby respectfully move the Court to waive the usual requirements of Local Rule 7.1 ("Filings of Motions and Responses") regarding timing of Relators' response and for an expedited consideration of Defendants' Motion to Stay Preliminary Discovery

---

[1] Gambro Healthcare, Inc. changed its name to DVA Renal Healthcare, Inc. in 2005.

910925.1

1

Deadlines Pending Resolution of Defendants' Motion to Dismiss ("Motion to Stay Preliminary Discovery Deadlines").  Dkt. No. 68.

### PENDING MOTION TO STAY PRELIMINARY DISCOVERY DEADLINES

1. As stated in Defendants' Motion to Stay Preliminary Discovery Deadlines, the pending Motion to Dismiss, Dkt. No. 60, will likely eliminate the parties' need to engage in discovery in this action.  While the formal discovery period does not start until thirty (30) days after an *answer* is filed and, thus, will not commence, if at all, until after the Court has ruled on Defendants' pending motion to dismiss, the following three preliminary discovery deadlines are set before the start of formal discovery:

    (a) a Rule 26(f) early planning conference under Local Rule 16.1;

    (b) a Joint Preliminary Report and Discovery Plan under Local Rule 16.2; and

    (c) Rule 26(a) initial disclosures under and Local Rule 26.1.

2. Defendants' Motion to Stay Preliminary Discovery Deadlines respectfully request that the Court stay these three preliminary discovery deadlines until the Court has resolved all motions to dismiss and Defendants have filed an answer in this action under Federal Rule 12(a).

## **REQUEST FOR EXPEDITED CONSIDERATION**

3.  Because the Rule 26(f) early planning conference must occur within 16 days of appearance of the defendant, pursuant to Local Rule 16.1, the parties to this action must conduct this conference on or before Tuesday, September 7, 2011. Parties must attend these conferences in person to address a list of discovery-related issues, including preservation of potentially discoverable information, disclosure of electronically stored information, and potential inadvertent production of privileged material.[2] As such, preparing for and attending the Rule 26(f) conference may be a costly and time-consuming undertaking for the parties.

4.  If the Court ultimately grants Defendants' Motion to Stay Preliminary Discovery Deadlines, the deadline for this conference will be stayed until resolution of Defendants' pending Motion to Dismiss.

5.  However, under Local Rule 7.1B the Relators' response to the pending Motion to Stay Preliminary Discovery Deadlines would be due on September 16, 2011 — nine (9) days after the deadline for the parties' Rule 26(f) conference.

Therefore, to avoid the cost and effort both parties would likely unnecessarily expend preparing for and conducting the Rule 26(f) conference,

---

[2] *See* Fed. R. Civ. P. 26(f); LR 16.1, NDGa.

910925.1

Defendants respectfully request that the Court consider Defendants' Motion to Stay Preliminary Discovery Deadlines on an expedited basis and without awaiting a response from Relators. Alternatively, Defendants respectfully request that the Court temporarily stay the deadline for the parties to conduct the Rule 26(f) early planning conference until the Court has had the opportunity to consider and rule on Defendants' Motion to Stay Preliminary Discovery Deadlines.

Respectfully submitted this 30th day of August, 2011

>*/s/ Benjamin E. Fox*
>John E. Floyd (Ga. Bar No. 266413)
>Benjamin E. Fox (Ga. Bar No. 329427)
>BONDURANT, MIXSON & ELMORE LLP
>1201 W. Peachtree Street, NW, Suite 3900
>Atlanta, GA 30309
>Telephone: 404-881-4100
>Facsimile: 404-881-4111
>floyd@bmelaw.com
>fox@bmelaw.com
>
>Mark W. Pearlstein (*pro hac vice*)
>Laura McLane (*pro hac vice*)
>MCDERMOTT WILL & EMERY LLP
>28 State Street
>Boston, MA 02109-1775
>Telephone: 617-535-4000
>Facsimile: 617-535-3800
>mpearlstein@mwe.com
>lmclane@mwe.com

Bobby Lee Cook (Ga. Bar No. 183100)
COOK & CONNELLY
9899 Commerce Street
P.O. Box 370
Summerville, GA 30747
Phone: 706-857-3421
Fax: 706-857-1520
cookandconnelly@windstream.net

*Attorneys for Defendants
DaVita Inc. and
Gambro Healthcare, Inc.*

910925.1

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

*/s/ Benjamin E. Fox*
Ben E. Fox

# CERTIFICATE OF SERVICE

I hereby certify that this 30th day of August, 2011 a copy of the foregoing **MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO STAY PRELIMINARY DISCOVERY DEADLINES PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel as follows:

Daniel A. Caldwell
U.S. Attorneys Office – Atlanta
Assistant Unites States Attorney,
Criminal Division
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
*daniel.caldwell@usdoj.gov*

Jeffrey D. Horst
Zahra S. Karinshak
Christopher E. Adams
Krevolin & Horst. LLC
1201 West Peachtree Street
Suite 3250
Atlanta, GA 30309
horst@khlawfirm.com
karinshak@khlawfirm.com
adams@khlawfirm.com

L. Lin Wood, Jr.
Katherine V. Hernacki
Stacey Godfrey Evans
Wood, Hernacki & Evans, LLC
1180 Peachtree Street, N.W.
Suite 2400
Atlanta, GA 30309
*lwood@whetriallaw.com*
*khernacki@whetriallaw.com*
*seveans@whetriallaw.com*

Marlan B. Wilbanks
Tyrone M. Bridges
Wilbanks & Bridges, LLP
Suite 1075
3414 Peachtree Road, N.E.
Atlanta, GA 30326
*mbw@wilbanks-bridgeslaw.com*
*tmb@wilbanks-bridgeslaw.com*

　　　　　　　　　　　　　　　　　　/s/ Benjamin E. Fox
　　　　　　　　　　　　　　　　　　Ben E. Fox

910925.1