THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL., ALON J. VAINER, M.D., F.A.C.P. and DANIEL D. BARBIR, R.N., | ) ) ) ) | |
| Relators, | ) ) | Civil Action File No. 1:07-CV-2509- CAP-JSA |
| v. | ) ) | |
| DAVITA, INC. and GAMBRO HEALTHCARE, INC., and their respective subsidiaries and affiliated companies, | ) ) ) ) | |
| Defendants. | ) ) | |
| DAVITA, INC. and DVA RENAL HEALTHCARE, INC. F/K/A GAMBRO HEALTHCARE, INC., | ) ) ) ) | |
| Counterplaintiffs, | ) ) | |
| v. | ) ) | |
| ALON J. VAINER, M.D., F.A.C.P. | ) ) | |
| Counterdefendant. | ) | |

**O R D E R**

Relators' Unopposed Motion to Extend the Discovery Period [210] having

1

come before this Court and the same having been read and considered, and being informed that Defendants do not oppose an extension of the discovery period as set forth herein, the Court **GRANTS** the Motion [210]. **IT IS HEREBY ORDERED THAT** the Scheduling Order [93] entered in the present action on May 3, 2012 is **AMENDED** as follows:

(1)  Defendants shall file a notice with the Court as soon as they complete their production of documents.  The notice by Defendants shall certify that to the best of Defendants' knowledge, understanding, and good faith belief, Defendants have completed their document production.

(2)  Defendants shall continue to produce documents on a rolling basis, but shall complete their production of documents and file the notice set forth in Paragraph 1 not later than January 15, 2013.

(3)  Defendants shall serve any privilege or redaction logs on the documents produced as of the date of the notice set forth in Paragraph 1 within 45 days of the filing of such notice.

(4)  Fact discovery shall close on March 15, 2013.

(5)  Defendants, like all parties to civil litigation, are under a continuing obligation to supplement their document production and privilege logs in a timely manner if they learn that their production or logs are materially

incomplete or incorrect. *See* Fed. R. Civ. P. 26(e). The parties agree that a party's identification of responsive documents that were not previously located despite reasonable efforts is a duty, not a sign of bad faith. Accordingly, any supplemental production after the date of the notice referenced in (1) above shall not warrant further extension of fact discovery, unless such supplemental production is voluminous or the result of a bad faith failure by Defendants to identify, review, and produce responsive material in a timely fashion.

(6) The filing of discovery motions and the Court's ruling on those motions shall not extend fact discovery, even if the Court orders additional production by a party, unless the Court itself expressly orders an extension of fact discovery.

(7) The revised discovery schedule is as follows:

| ACTION | DEADLINE |
| --- | --- |
| Discovery Ends: | March 15, 2013 |
| Deadline for Initial Expert Reports by Relators on their claims and Defendant DaVita on its counterclaims: | April 5, 2013 |
| Deadline for Responsive Expert Reports by Relator Vainer and Defendants: | May 28, 2013 |

| | |
|---|---|
| Deadline for Rebuttal Expert Reports by Relators on its claims and Defendant DaVita on its counterclaims: | June 27, 2013 |
| Deadline for Parties to Produce Documents Requested from Experts: | July 11, 2013 |
| Expert Depositions Must Be Completed By: | August 26, 2013 |

(8) All other deadlines and orders in the Court's May 3, 2012 Order [93] remain the same, namely (1) motions for summary judgment are due within 60 days of the close of all discovery, including expert discovery; (2) the parties' ability to conduct discovery are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except that the parties are permitted to take no more than 25 depositions each (without prejudice to the parties' ability to request otherwise, based upon a showing of good cause); and (3) *Daubert* motions with regard to expert testimony shall be filed no later than 30 days after the close of discovery, including expert discovery.

**IT IS SO ORDERED** this 8th day of November, 2012.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE