# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL., ) <br> ALON J. VAINER, M.D., F.A.C.P. and ) <br> DANIEL D. BARBIR, R.N., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVITA, INC. and GAMBRO ) <br> HEALTHCARE, INC., and their respective ) <br> subsidiaries and affiliated companies, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> DAVITA, INC. and DVA RENAL ) <br> HEALTHCARE, INC. F/K/A GAMBRO ) <br> HEALTHCARE, INC., ) <br> ) <br> Counterplaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALON J. VAINER, M.D., F.A.C.P. ) <br> ) <br> Counterdefendant. ) | Civil Action File No. <br> 1:07-CV-2509-CAP |

## RELATORS' THIRD AMENDED NOTICE OF DEPOSITION OF CORPORATE REPRESENTATIVE OF DAVITA INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION

TO:  **Defendants**, in care of its attorneys of record:

| | |
|---|---|
| H. Lamar Mixson | Bobby Lee Cook |
| Randi Engell Schnell | Cook & Connelly |
| John E. Floyd | 9899 Commerce Street |
| Ben E. Fox | P.O. Box 37075 |
| Bondurant, Mixson & Elmore LLP | Summerville, GA |
| 1201 West Peachtree Street, NW | Suite 3900 |
| Atlanta, GA  30309 | cookandconnelly@windstream.net |
| mixson@bmelaw.com | |
| schnell@bmelaw.com | |
| floyd@bmelaw.com | |
| fox@bmelaw.com | |

Mark W. Pearlstein
Laura McLane
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
mpearlstein@mwe.com
lmclane@mwe.com

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Relators shall take the deposition of Defendant **DaVita Inc.** by deposing a corporate representative or representatives designated by it as most knowledgeable (1) on topics 1-10 listed in "Attachment A" on **September 21, 2012 at 9:00AM** at the offices of McDermott Will & Emery LLP, 2049 Century Park East, 38th Floor, Los Angeles, CA 90067; (2) on topics 11-12 listed in "Attachment A" on **October 5, 2012 at 10:00AM** at the offices of Shutts & Bowen LLP, 300 South Orange

2

Avenue, Suite 1000, Orlando, Florida 32801; and (3) on topic 13 listed in "Attachment A" on **January 31, 2013 at 9:30AM** at the offices of Hogan Lovells LLP, One Tabor Center, Suite 1500, 1200 Seventeenth Street, Denver, CO 80202. The deposition shall be taken by stenographic transcription before a certified court reporter or any other person duly authorized to administer oaths and take testimony, and may be videotaped. The deposition shall be taken for discovery, cross examination of an opposite party, preservation of testimony for trial, and all purposes permitted by law. The deposition will continue from day to day until completed. You may attend and examine.

The corporate representative or representatives designated by DaVita Inc. as most knowledgeable (1) on topics 1-10 listed in "Attachment A" is requested to bring the items set forth in "Attachment A" to the deposition.

This 27th day of November 2012.

| **WOOD, HERNACKI & EVANS, LLC** | **WILBANKS & BRIDGES, LLP** |
|---|---|
| /s/ Stacey Godfrey Evans | Marlan B. Wilbanks |
| L. Lin Wood | mbw@wilbanks-bridgeslaw.com |
| lwood@whetriallaw.com | State Bar No. 758223 |
| State Bar No. 774588 | Ty M. Bridges |
| Katherine Ventulett Hernacki | tmb@wilbanks-bridgeslaw.com |
| khernacki@whetriallaw.com | State Bar No. 085000 |
| State Bar No. 727027 | |

Stacey Godfrey Evans
sevans@whetriallaw.com
State Bar No. 298555

1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

Monarch Plaza
3414 Peachtree Road NE
Suite 1075
Atlanta, Georgia 30326
404-842-1075
404-842-0559 (fax)

**KREVOLIN & HORST, LLC**
Jeffrey D. Horst
Horst@khlawfirm.com
Georgia Bar No. 367834
Zahra S. Karinshak
Karinshak@khlawfirm.com
Georgia Bar No. 407911
Christopher E. Adams
Adams@khlawfirm.com
Georgia Bar No. 789600

1201 West Peachtree Street
Suite 3250
Atlanta, Georgia 30309
(404) 888-0922
(404) 888-9577 (fax)

# ATTACHMENT A

## Definitions

1. "Document" shall be construed in the most comprehensive and inclusive sense permitted by the Federal Rules of Civil Procedure and includes, but is not limited to, any written, typed, printed, recorded (including electronic, magnetic, photographic, graphic and computerized) matter of every type and description, including any and all drafts thereof, however and by whomever prepared, produced, reproduced, disseminated, or made in any form regardless of the medium on which it is produced, reproduced or stored.

2. "DaVita" shall mean DaVita Inc. and its subsidiaries and affiliated companies.

3. "Gambro" shall mean DVA Renal Healthcare, Inc. f/k/a Gambro Healthcare, Inc. and its subsidiaries and affiliated companies.

4. "Defendants" shall mean DaVita and Gambro.

5. All words not otherwise defined shall be interpreted in accordance with their ordinary dictionary definition and the meaning given to them by cases interpreting relevant federal and Georgia law.

## Topics

1. All document retention policies of Defendants in effect from 2002 until the present date.

2. Defendants' document and retention procedures and systems, including, but not limited to, the use of back-up tapes and other storage devices.

3. Defendants' document management system, including, but not limited to, identification and contents of servers and databases.

4. Defendants' procedures for maintaining documents upon receipt of a litigation hold notice or upon otherwise being put on notice of litigation.

5. Defendants' procedures for maintaining documents upon receipt of a government subpoena or upon otherwise being put on notice of a government investigation, including, but not limited to, Defendants' procedures for maintaining documents upon receipt of the United States Attorney's Office's December 9, 2009 Subpoena directed to Defendants in its investigation of DaVita and Gambro that led to the current action, *United States ex rel. Vainer and Barbir v. DaVita Inc., et al.*, United States District Court for the Northern District of Georgia, Civil Action File No. 1:07-CV-2509-CAP.

6. The manner in which Defendants maintain their documents in the normal course of business.

7. DaVita's E-mail Archive System, including, but not limited to, its development, maintenance, and search capabilities.

8. How Gambro's documents were transferred to DaVita's systems upon the merger of Defendants.

9. Defendants' e-mail system, including, but not limited to, the identity of e-mail group accounts and individual e-mail alias accounts.

10. Defendants' e-mail use policies, including, but not limited to, policies regarding the use of personal e-mail accounts.

11. The development, implementation, and operation of the "Snappy" computer system.

12. "Snappy" computer system's capabilities, including, but not limited to, its capacity to identify the vial size(s) and combinations thereof to be used in the administration of Venofer, Zemplar, Epogen, Ferrlecit, and Hectoral.

13. Gambro's meetings and discussions with Blue Cross Blue Shield of Georgia regarding any protocols or dosing grids for vitamin D and internal discussions and internal or external correspondence regarding same.

2

## **Requests for Production**

1. All document retention policies of Defendants in effect from 2002 until the present date.

2. Documents sufficient to identify Defendants' e-mail group accounts and individual e-mail alias accounts.

3. All e-mail use policies of Defendants in effect from 2002 until the present date.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **RELATORS' THIRD AMENDED NOTICE OF DEPOSITION OF CORPORATE REPRESENTATIVE OF DAVITA INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 27th day of November 2012.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans