# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL., ALON J. VAINER, M.D., F.A.C.P. and DANIEL D. BARBIR, R.N., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVITA, INC. and GAMBRO HEALTHCARE, INC., and their respective subsidiaries and affiliated companies, )<br>)<br>)<br>)<br>Defendants. )<br>)<br>_____ )<br>DAVITA, INC. and DVA RENAL HEALTHCARE, INC. F/K/A GAMBRO HEALTHCARE, INC., )<br>)<br>)<br>)<br>Counterplaintiffs, )<br>)<br>v. )<br>)<br>ALON J. VAINER, M.D., F.A.C.P. )<br>)<br>Counterdefendant. ) | Civil Action File No.<br>1:07-CV-2509-CAP |

## RELATORS' SECOND AMENDED
## NOTICE OF DEPOSITION OF KENT THIRY

TO:   **Defendants,** in care of its attorneys of record:

| | |
|---|---|
| H. Lamar Mixson | Bobby Lee Cook |
| John E. Floyd | Cook & Connelly |
| Ben E. Fox | 9899 Commerce Street |
| Randi Engell Schnell | P.O. Box 37075 |
| Bondurant, Mixson & Elmore LLP | Summerville, GA |
| 1201 West Peachtree Street, NW | Suite 3900 |
| Atlanta, GA  30309 | cookandconnelly@windstream.net |
| mixson@bmelaw.com | |
| floyd@bmelaw.com | |
| fox@bmelaw.com | |
| schnell@bmelaw.com | |

Mark W. Pearlstein
Laura McLane
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
mpearlstein@mwe.com
lmclane@mwe.com

PLEASE TAKE NOTICE that Relators shall take the deposition of **Kent Thiry** on **March 13, 2013 at 9:30AM** at the offices of Hogan Lovells LLP, One Tabor Center, Suite 1500, 1200 Seventeenth Street, Denver CO, 80202. The deposition shall be taken by stenographic transcription before a certified court reporter or any other person duly authorized to administer oaths and take testimony, and may be videotaped.  The deposition shall be taken for discovery, cross examination of an opposite party, preservation of testimony for trial, and all

purposes permitted by law.  The deposition will continue from day to day until completed by rule, agreement, or court order.  You may attend and examine.

This 27th day of November 2012.

| **WOOD, HERNACKI & EVANS, LLC** | **WILBANKS & BRIDGES, LLP** |
|---|---|
| /s/ Stacey Godfrey Evans | Marlan B. Wilbanks |
| L. Lin Wood | mbw@wilbanks-bridgeslaw.com |
| lwood@whetriallaw.com | State Bar No. 758223 |
| State Bar No. 774588 | Ty M. Bridges |
| Katherine Ventulett Hernacki | tmb@wilbanks-bridgeslaw.com |
| khernacki@whetriallaw.com | State Bar No. 085000 |
| State Bar No. 727027 | |
| Stacey Godfrey Evans | Monarch Plaza |
| sevans@whetriallaw.com | 3414 Peachtree Road NE |
| State Bar No. 298555 | Suite 1075 |
| | Atlanta, Georgia  30326 |
| 1180 West Peachtree Street | 404-842-1075 |
| Suite 2400 | 404-842-0559 (fax) |
| Atlanta, Georgia 30309 | |
| 404-891-1402 | **KREVOLIN & HORST, LLC** |
| 404-506-9111 (fax) | Jeffrey D. Horst |
| | Horst@khlawfirm.com |
| | Georgia Bar No. 367834 |
| | Zahra S. Karinshak |
| | Karinshak@khlawfirm.com |
| | Georgia Bar No. 407911 |
| | Christopher E. Adams |
| | Adams@khlawfirm.com |
| | Georgia Bar No. 789600 |

1201 West Peachtree Street
Suite 3250
Atlanta, Georgia  30309
(404) 888-0922
(404) 888-9577 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **RELATORS' SECOND AMENDED NOTICE OF DEPOSITION OF KENT THIRY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 27th day of November 2012.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans