IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. et al., | : : |
| Plaintiffs, | : : |
| v. | :  CIVIL ACTION NO.<br>: 1:07-CV-2509-CAP-JSA |
| DAVITA, INC., et al., | : : |
| Defendants. | : : |

## **O R D E R**

The Parties have notified the Court that certain discovery disputes have arisen that require the Court's attention. The Parties have proposed a briefing schedule, which the Court adopts. Thus, the Court **ORDERS** as follows:

For discovery disputes other than those dealing with privilege and redaction logs:

1. The Parties shall file their motions to compel and supporting briefs no later than **April 19, 2013**.
2. Response briefs shall be filed no later than **April 29, 2013**.
3. Reply briefs, if any, shall be filed no later than **May 3, 2013**.
4. The Court will hear oral argument on **May 14, 2013** at **10:00 a.m.**

For Relators' Motion to Compel related to Defendants' privilege and redaction logs:

1. Relators shall, by **April 15, 2013**, identify in a conferral letter to Defendants all privilege and redaction log entries for which Relators challenge Defendants' privilege claims.

2. Defendants shall respond to Relators' conferral letter no later than **April 29, 2013**.

3. Relators shall file any motion to compel and supporting brief no later than **May 6, 2013**.

4. Defendants shall file their response to Relators' motion to compel no later than **May 16, 2013**.

5. Relators shall file their reply brief, if any, no later than **May 23, 2013**.

6. Defendants shall provide documents and materials to the Court for *in camera* inspection no later than **May 23, 2013**.

7. The Court will not hear argument from the parties on this issue during the **May 14, 2013** hearing, because the matter will not have been fully briefed at that time. However, at that hearing, the parties will be expected to discuss certain procedural matters with the Court, including the anticipated volume of documents that are being disputed. Depending on the anticipated volume of disputed withheld documents, the Court may ask the parties about a sampling procedure, instead of a document-by-document review, whereby the documents and objections at issue are grouped by category, with the parties able to identify certain representative documents for the Court's *ex parte* review and rulings. Thus, the parties will be expected to discuss on **May 14, 2013** the anticipated volume of the materials at issue, whether such a sampling

procedure would be fruitful and if so how best to implement it. The Court may set a date for substantive oral argument on this issue at a later date, once the Court has a better idea of the issues presented.

**IT IS SO ORDERED** this 19th day of April, 2013.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE