THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL., ALON J. VAINER, M.D., F.A.C.P. and DANIEL D. BARBIR, R.N.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVITA, INC. and GAMBRO HEALTHCARE, INC., and their respective subsidiaries and affiliated companies,<br><br>    Defendants. | Civil Action File No.<br>1:07-CV-2509-CAP-JSA |

## NOTICE OF INTENT TO FILE INFORMATION SUBJECT TO PROTECTIVE ORDER

Pursuant to Section 14 of the Stipulated Protective Order Regarding Confidentiality of Discovery Materials (Doc. No. 108), Relators hereby provide notice of their intent to file the following materials labeled by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" with the Court on April 29, 2013:

1. Irina Goykhman Deposition: 76:16-78:1

2. Janice Hill Deposition: 39:5-40:13

3. Marilyn Moulds Deposition: 72:24-74:25, 115:10-14

4. Allen Nissenson Deposition: 279:2-282:20

5.  Karen Phillip Deposition:  31:1-34:1, 40:25-42:2, 45:7-47:18, 49:14-25, 61:8-68:19, 100:9-102:5

6.  Rich Tetley Deposition:  226:5-227:14

7.  Van Wyck Deposition:  28:4-29:14, 31:13-19, 40:25-43:1, 99:11-98:25, 100:11-12, 100:20-25, 249:9-25, 250:10-251:25, 262:6-264:5, 265:23-267:25

8.  D-V000039790

9.  D-V000084302

10. D-V000084303

11. D-V000397578

12. D-V000420939-40

13. D-V000444233-34

14. D-V000618389

15. D-V000734688

16. D-V000084271-72

This <u>22nd</u> day of April 2013.

| **WOOD, HERNACKI & EVANS, LLC** | **WILBANKS & BRIDGES, LLP** |
|---|---|
| /s/ Stacey Godfrey Evans | Marlan B. Wilbanks |
| L. Lin Wood | mbw@wilbanks-bridgeslaw.com |
| lwood@whetriallaw.com | State Bar No. 758223 |
| State Bar No. 774588 | Ty M. Bridges |
| Katherine Ventulett Hernacki | tmb@wilbanks-bridgeslaw.com |

khernacki@whetriallaw.com
State Bar No. 727027
Stacey Godfrey Evans
sevans@whetriallaw.com
State Bar No. 298555

1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

State Bar No. 085000

Monarch Plaza
3414 Peachtree Road NE
Suite 1075
Atlanta, Georgia  30326
404-842-1075
404-842-0559 (fax)

**KREVOLIN & HORST, LLC**
Jeffrey D. Horst
Horst@khlawfirm.com
Georgia Bar No. 367834
Zahra S. Karinshak
Karinshak@khlawfirm.com
Georgia Bar No. 407911
Christopher E. Adams
Adams@khlawfirm.com
Georgia Bar No. 789600

1201 West Peachtree Street
Suite 3250
Atlanta, Georgia  30309
(404) 888-0922
(404) 888-9577 (fax)

ATTORNEYS FOR RELATORS

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing NOTICE OF INTENT TO FILE INFORMATION SUBJECT TO PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 22nd day of April 2013.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans