IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION NO. 1:07-CV-2509-CAP-JSA |
| DAVITA, INC. et al., | : : : | |
| Defendants. | : | |

**O R D E R**

This matter is before the Court on Defendants' letter to the Court dated November 14, 2013. Defendants allege that Relators engaged in improper conduct during various depositions in this case. Relators' counsel responded by sending an email to the Court, also dated November 14, asking for an opportunity to respond to Defendants' allegations.

The Court **ORDERS** that Relators shall file a letter brief response to Defendants' November 14 letter no later than **November 29, 2013**. Relators' letter brief shall not exceed two (2) pages. Relators may include supporting exhibits with their letter brief as well.

The Court will hold a hearing on this matter at **1:30 p.m.** on **December 6, 2013** in **Room 1875, United States Courthouse, 75 Spring Street S.W., Atlanta, Georgia**. The Parties should be prepared to argue their positions on this issue at that time.

**IT IS SO ORDERED** this 19th day of November, 2013.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE