1                  IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
2                          ATLANTA DIVISION

3    UNITED STATES OF AMERICA      )    CV. NO. 1:07-2509
     EX REL, ET AL,                )    ATLANTA, GA
4                                  )    JANUARY 27, 2015
                     PLAINTIFFS,   )
5                                  )
                                   )
6        VERSUS                    )
                                   )
7    DAVITA, INC., ET AL.,         )
                                   )
8                    DEFENDANTS.   )
     _____)
9
                 BEFORE THE HONORABLE CHARLES A. PANNELL, JR
10              UNITED STATES SENIOR DISTRICT COURT JUDGE
                          MOTIONS HEARING
11                        VOLUME I-A

12

13   APPEARANCES:

14   FOR THE PLAINTIFF:          L. LIN WOOD, JR., ESQ.
                                 JONATHAN D. GRUNBERG, ESQ.
15                               DAVID M. EHRLICH, ESQ.
                                 L. LIN WOOD, P.C.
16                               1180 WEST PEACHTREE STREET, NW
                                 SUITE 2400
17                               ATLANTA, GEORGIA  30309

18                               STACEY G. EVANS, ESQ.
                                 S. G. EVANS LAW, LLC
19                               1180 WEST PEACHTREE STREET
                                 SUITE 2400
20                               ATLANTA, GEORGIA  30309

21                               MARLAN B. WILBANKS, ESQ.
                                 WILBANKS & BRIDGES, LLP
22                               MONARCH PLAZA
                                 3414 PEACHTREE ROAD, NE
23                               SUITE 1075
                                 ATLANTA, GEORGIA 30326

24

25

```
 1  APPEARANCES CONTINUED:        ZAHRA S. KARINSHAK, ESQ.
                                  KREVOLIN & HORST,LLC
 2                                ONE ATLANTIC CENTER
                                  1201 WEST PEACHTREE STREET
 3                                SUITE 3250
                                  ATLANTA, GA 30309
 4

 5  FOR THE DEFENDANT:
    DAVITA, INC.                  CHILTON DAVIS VARNER, ESQ.
 6                                PAUL B. MURPHY, ESQ.
                                  GEOFFREY DRAKE, ESQ.
 7                                SIMON RODELL, ESQ.
                                  KING & SPALDING, LLP
 8                                1180 PEACHTREE STREET, NE
                                  ATLANTA, GEORGIA 30309-3521
 9
    SHARON ADAMS                  CRAIG GILLEN, ESQ.
10  SHAUN S. COLLARD              GILLEN WITHERS AND LAKE
                                  3490 PIEDMONT ROAD
11                                SUITE 1050
                                  ATLANTA, GEORGIA 30305
12
    MARILYN MOULDS                THOMAS D. BEVER, ESQ.
13                                CHILIVIS, COCHRAN, LARKINS,
                                     BEVER, LLP
14                                3127 MAPLE DRIVE, NE
                                  ATLANTA, GEORGIA 30305
15
    BONDURANT, MIXSON & ELMORE    GREGORY R. HANTHORN, ESQ.
16  PAT FAGAN                     RICHARD H. DEANE, JR., ESQ.
    BENJAMIN FOX                  ROBERT SCHMOLL, ESQ.
17                                JONES DAY
                                  1420 PEACHTREE STREET, NE
18                                SUITE 800
                                  ATLANTA, GA 30309-3053
19
    MCDERMOTT, WILL & EMORY       JAMES A. PARDO, ESQ.
20  LAURA MCLANE                  MCDERMOTT, WILL & EMERY, LLP-NY
                                  340 MADISON AVENUE
21                                NEW YORK, NY  10173-1922

22  GIBBS & BRUNS                 ROBERT C. KHAYAT, JR., ESQ
    GRANT HARVEY                  THE KHAYAT LAW FIRM
23                                1380 WEST PACES FERRY ROAD, NW
                                  SUITE 2100
24                                ATLANTA, GA  30327

25
```

```
 1  APPEARANCES CONTINUED
    GIBBS & BRUNS                 JEAN C. FRIZZELL, ESQ.
 2  GRANT HARVEY                  REYNOLDS FRIZZELL
                                  1100 LOUISIANA
 3                                SUITE 3500
                                  HOUSTON, TEXAS 77002
 4
    COURT REPORTER:               DEBRA R. BULL, RPR, CRR
 5                                UNITED STATES COURT REPORTER
                                  1914 RICHARD RUSSELL BUILDING
 6                                75 SPRING STREET, SW
                                  ATLANTA, GA  30303
 7

 8

 9            STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
                   *** *** *** *** ***
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  (WHEREUPON, THE FOLLOWING WAS HEARD IN OPEN COURT AT

2  APPROXIMATELY 10:00 A.M.)

3          THE COURT:  BE SEATED, PLEASE.

4     SOUND CASE 07-CV-2509, VAINER AS THE RELATOR VERSUS

5  DAVITA, INCORPORATED.  SET DOWN TODAY FOR A HEARING ON THE

6  RELATORS' MOTION TO COMPEL TESTIMONY AND DOCUMENTS BASED UPON

7  CRIME FRAUD EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE.  THAT

8  MOTION IS AT DOCKET NUMBERED 1001 FILED ON NOVEMBER 20TH,

9  2014.  PARTICULARLY, I EXPECT THE HEARING TO BE ABOUT THE --

10 FOR THE COURT TO QUESTION CERTAIN WITNESSES IN-CAMERA ABOUT

11 COMMUNICATIONS BETWEEN CERTAIN WITNESSES AND DAVITA'S

12 ATTORNEYS DURING DISCOVERY.

13    ARE YOU READY ON BEHALF OF THE RELATORS?

14          MR. WOOD:  WE ARE READY, YOUR HONOR.

15          THE COURT:  ARE YOU READY ON BEHALF OF DAVITA?

16          MS. VARNER:  WE ARE, YOUR HONOR.

17          THE COURT:  LET ME ASK -- I HAVE A LOT OF LAWYERS

18 MAKING AN APPEARANCE TODAY.  TELL ME WHO IS HERE ON BEHALF OF

19 THE RELATORS.

20          MR. WOOD:  LIN WOOD, YOUR HONOR, ALONG WITH STACEY

21 EVANS, ZAHRA KARINSHAK, MARLAN WILBANKS, JONATHAN GRUNBERG,

22 DAVID EHLRICH.  AND ALSO I BROUGHT MY OTHER SON, CHARLIE

23 WOOD, WHO IS A PARALEGAL FOR MY FIRM AT THE PRESENT TIME.

24          THE COURT:  ALL RIGHT, SIR.

25          MR. WOOD:  AND ALSO, YOUR HONOR, DANIEL BARBIR, THE

1  RELATOR IS PRESENT.  DR. ALON VANIER IS OUT OF THE COUNTRY AND

2  COULD NOT BE PRESENT.

3          THE COURT:  ALL RIGHT.  THANK YOU.

4          WE HAVE NO ANNOUNCE THE APPEARANCE FOR DAVITA.

5          MS. VARNER:  YOUR HONOR,  I AM CHILTON VARNER FROM

6  KING AND SPALDING.  WITH ME IS PAUL MURPHY OF KING AND

7  SPALDING, GEOFFREY DRAKE OF KING AND SPALDING, AND SIMON

8  RODELL FROM KING AND SPALDING REPRESENTING THE DEFENDANTS.

9          THE COURT:  NOW, I KNOW I HAVE SOME OTHER ATTORNEYS

10 HERE THAT I NEED TO -- THAT HAVE MADE AN APPEARANCE.   THERE

11 HAS BEEN AN APPEARANCE FILED ON THE DOCKET OF ATTORNEYS THAT

12 ARE REPRESENTING BONDURANT, MIXSON AND ELMORE,  TELL ME WHO

13 THEY ARE.

14         MR. DEANE:  GOOD MORNING, YOUR HONOR.  RICHARD DEANE

15 FOR BONDURANT, MIXSON AND ELMORE.  WITH ME THIS MORNING ARE

16 MY LAW COLLEAGUES.  I HAVE GOT -- FIRST OF ALL I HAVE GOT -- I

17 HAD A BLANK.  I WAS SO INTENT ON READING THE COURT'S ORDER I

18 WAS JUST TRYING TO GATHER WHAT WAS THERE.  BUT ROB SCHMOLL

19 AND GREG HANTHORNE FROM MY FIRM, JONES DAY.

20         THE COURT:  ALL RIGHT.

21     THERE ARE SOME OTHERS, I BELIEVE.  THERE IS SOMEBODY HERE

22 REPRESENTING GIBBS AND BRUNS?

23         MR. KHAYAT:  YES, SIR, YOUR HONOR.

24     ROBERT KHAYAT FROM THE KHAYAT LAW FIRM HERE ON BEHALF OF

25 GIBBS AND BRUNS AND ALSO GRANT HARVEY,  WHO IS THE DEFENSE

1  LAWYER IN THE CASE.   WITH ME TODAY IS JOHN FRIZZELL FROM

2  REYNOLDS AND FRIZZELL IN HOUSTON.   I APOLOGIZE FOR THIS, BUT

3  I WAS HIRED YESTERDAY AFTERNOON,  WE FILED PRO HAC VICE PAPERS

4  FOR MR. FRIZZELL THIS MORNING AND I ENTERED AN APPEARANCE THIS

5  MORNING.  I AM VERY SORRY ABOUT THE SHORT TIMING OF THAT.

6          THE COURT:   ALL RIGHT.   WELL, IT WILL TAKE THE

7  CLERK'S OFFICE A DAY OR TWO TO PROCESS IT, BUT I WILL LET HIM

8  PARTICIPATE.  AND IF IT MAKES IT THROUGH AND CLEARED I WILL

9  *NUNC PRO TUNC* IT TODAY, AND IF HE DOESN'T MAKE IT CLEAR, HIS

10 INCOME TAXES WILL BE AUDITED FOR THE REST OF HIS LIFE.

11         MR. FRIZELL:  I APPRECIATE THAT, YOUR HONOR.

12         THE COURT:   NOW, LET'S SEE. YOU ARE REPRESENTING

13 GRANT HARVEY,  CORRECT?

14         MR. FRIZZELL:  MR. HARVEY AND HIS LAW FIRM, GIBBS AND

15 BRUNS.

16         THE COURT:   OKAY.  LET'S SEE.  AND MR. TOM BEVER IS

17 PRESENT?

18         MR. BEVER:  YES, YOUR HONOR.  I AM HERE REPRESENTING

19 MARILYN MOULDS AND MARILYN MOULDS IS HERE AS ORDERED BY THE

20 COURT AND I WANTED TO GET SOME INSTRUCTIONS FROM THE COURT AS

21 TO WHETHER THE COURT WOULD LIKE HER TO GO TO THE WITNESS ROOM

22 AT THIS TIME.

23         THE COURT:   I WILL GIVE THOSE TO EVERYBODY  IN JUST

24 A MINUTE.

25         MR. BEVER:  THANK YOU, YOUR HONOR.  I APPRECIATE IT.

1          THE COURT:   AND MR. CRAIG GILLEN IS HERE?

2          MR. GILLEN:  YES,  YOUR HONOR.  I REPRESENT SHARON

3   ADAMS AND SHAUN COLLARD AND THEY ARE BOTH PRESENT IN THE

4   WITNESS ROOM.

5          THE COURT:   ALL RIGHT.

6     IS THERE ANYBODY I MISSED THAT I NEED TO NOTE ON THE

7   RECORD?

8          ALL RIGHT.   WELL,  LET'S DO THIS.   IF YOU WOULD,  I

9   WANT ALL THE WITNESSES TO COME IN,  I AM GOING TO SWEAR THEM

10  ALL AT THE SAME TIME AND I AM GOING TO GIVE THEM INSTRUCTIONS

11  ABOUT BEING SEQUESTERED.  SO IF YOU CAN,  IF THERE ARE ANY

12  WITNESSES OUT IN THE WITNESS ROOM,  PLEASE HAVE THEM COME IN

13  AND ANYBODY THAT YOU EXPECT TO BE A WITNESS IN THIS IN-CAMERA

14  INSPECTION OR THE *EX PARTE* PORTION OF REBUTTAL,  HAVE THEM

15  STEP FORWARD UP HERE BEHIND THE PODIUM.

16         MS. VARNER:  YOUR HONOR,  WE MAY HAVE PERSONS WHO ARE

17  NOT HERE RIGHT NOW IN THE REBUTTAL PORTION OF THE *EX PARTE*.

18  WE ARE UNCERTAIN OF WHOM THEY MAY BE DEPENDING ON HOW THE

19  HEARING GOES.   WOULD IT BE ALL RIGHT WITH YOUR HONOR IF THEY

20  DO COME LATER TODAY OR TOMORROW FOR YOUR HONOR TO SWEAR THEM

21  IN AT THAT TIME?

22         THE COURT:   THAT WILL BE FINE, BUT YOU ARE GOING TO

23  BE RESPONSIBLE TO INSTRUCT THEM ON THE RULE OF SEQUESTRATION

24  THAT I AM ABOUT TO GIVE.

25         MS. VARNER:  THANK YOU,  YOUR HONOR.

1          MR. KHAYAT:  YOUR HONOR, ROBERT KHAYAT.  WITH RESPECT

2  TO MR. GRANT HARVEY, HE IS PRESENT IN TOWN IF NEEDED.   WE

3  WOULD REQUEST THE SAME OPPORTUNITY AS RESPECT TO MS. VARNER.

4          THE COURT:  I DOUBT I WILL GET THROUGH ALL OF THIS

5  TODAY.  I HAVE BLANKED TOMORROW AND PERHAPS PART OF THURSDAY

6  MORNING.  THAT IS FINE AS LONG AS YOU PASS ON THE INSTRUCTIONS

7  OF SEQUESTRATION.  IF YOU ARE GOING TO CALL WITNESSES LATER

8  AND THEY VIOLATE THE RULES OF SEQUESTRATION,  WE HAVE GOT A

9  PROBLEM.

10          MR. KHAYAT:  YES,  YOUR HONOR.

11          MR. DEANE:   YOUR HONOR,  I HAVE A SIMILAR REQUEST

12  AND I WILL ABIDE BY THE COURT'S INSTRUCTION.

13          THE COURT:  OKAY.

14          MR. DEANE:  THANK YOU.

15          THE COURT:  I HAVE MS. MOULDS,  MS. ADAMS AND MR.

16  COLLARD.

17          IF THE THREE OF YOU WILL RAISE YOUR RIGHT HAND AND

18  LET THE CLERK ADMINISTER THE OATH.

19  (WHEREUPON, SHARON ADAMS, MARILYN MOULDS AND SHAUN COLLARD

20  WERE SWORN.)

21          THE COURT:  LET ME GIVE YOU  -- LET ME ASK THE

22  ATTORNEYS, THESE ARE ALL THE WITNESSES THAT ARE PRESENT RIGHT

23  NOW THAT YOU EXPECT TO BE CALLED IN THIS PROCEEDING? OKAY.

24      LET ME GIVE YOU THIS INSTRUCTION:  ALL WITNESSES ARE

25  INSTRUCTED NOT TO DISCUSS YOUR TESTIMONY AMONG YOURSELVES NOR

1  ALLOW ANYONE TO DISCUSS IT WITH YOU, INCLUDING YOUR COUNSEL

2  FROM THIS POINT ON.   YOU WILL RETIRE FROM THE COURTROOM AT

3  THIS TIME, BUT REMAIN IN ATTENDANCE UNTIL EXCUSED BY THE COURT

4  OR ITS AUTHORITY.   PLEASE REMAIN IN THE WITNESS ROOM UNTIL

5  YOU ARE CALLED IN THE COURTROOM BY AN OFFICER OF THE COURT.

6      WHERE ARE YOU KEEPING THOSE BECAUSE WE HAD TO CHANGE OUR

7  ROOMS?

8          THE CLERK:  THERE IS A WITNESS ROOM AND A JURY

9  DELIBERATION ROOM THAT I HAVE INSTRUCTED THE CSO AS TO WHERE

10 THEY ARE TO KEEP THEM IN SEPARATE ROOMS.

11          THE COURT:   OKAY.

12     HAVE ANY OF THE THREE OF YOU GOT ANY QUESTIONS ABOUT THAT

13 INSTRUCTION?

14 (WHEREUPON, ALL WITNESSES RESPOND NEGATIVELY.)

15          THE COURT:   THERE IS ONE PART OF THIS, LET ME MAKE

16 SURE YOU UNDERSTAND I AM SAYING YOU CANNOT DISCUSS THIS POINT

17 ON EVEN WITH YOUR OWN COUNSEL.   IF THEY NEED TO DO THAT THEN

18 THEY CAN SEEK THE PERMISSION OF THE COURT.   ANY QUESTIONS?

19 (WHEREUPON, ALL WITNESSES RESPOND NEGATIVELY.)

20          THE COURT:   ALL RIGHT.  YOU THREE CAN GO TO THE

21 WITNESS ROOM AND LET ME SEE IF THERE IS ANYTHING ELSE I NEED

22 TO TAKE UP.   MR. BEVER CONTACTED OUR CHAMBERS, I KNOW

23 MS. MOULDS HAS A WORK SCHEDULE, I WILL PROBABLY TAKE HER

24 FIRST.   ALL RIGHT.   LET THE THREE WITNESSES GO BACK OUT.

25 AND MS. ADAMS, I KNOW YOU ARE ON THAT SCOOTER, WHEN I SEND

1  FOR YOU WE ARE GOING TO BRING YOU AROUND THE HALLWAY SO IT

2  WILL BE EASIER.

3        WE WILL LET MR. COLLARD GO DOWN TO 22 TO THE JURY

4  ASSEMBLY ROOM  -- 20TH.

5        MR. GILLEN:  DID THE COURT PLAN TO HAVE THE

6  INDIVIDUALS WHO WILL BE GOING INTO CHAMBERS WITH THE COURT

7  HAVE THEIR PERSONAL COUNSEL PRESENT WITH THEM DURING THE

8  EXAMINATION?

9        THE COURT:  YES, SIR.  I DON'T THINK I CAN AVOID

10  THAT.

11    WHILE I AM WAITING FOR SOMEBODY TO ESCORT MR. COLLARD,

12  THIS IS HOW I PLAN TO CONDUCT THE HEARING.

13        MR. COLLARD, IF YOU WILL STEP OUT THERE, THERE IS A

14  YOUNG MAN YOU CAN SEE HIM THROUGH THE DOOR, HE WILL SHOW YOU

15  WHERE TO GO AND WE WILL SEND FOR YOU.

16        ALL RIGHT.  THE COURT WILL CONDUCT AN IN-CAMERA

17  REVIEW OF EACH WITNESS ABOUT THE COMMUNICATIONS AND TESTIMONY

18  WITH THE ATTORNEYS.  THE WITNESS WILL BE QUESTIONED -- EACH

19  WITNESS WILL BE QUESTIONED ONE AT A TIME BY THE COURT AND THE

20  WITNESS'S PERSONAL ATTORNEYS IN THE JURY ROOM ADJACENT TO THIS

21  COURTROOM BEHIND ME.

22    AFTER THE COURT'S IN-CAMERA INSPECTION OF EACH WITNESS AND

23  I FINISH ALL THREE WITNESSES,  DAVITA WILL BE ALLOWED TO

24  PRESENT ANY EVIDENCE AND TESTIMONY ON THE QUESTION *EX PARTE*

25  FROM THE RELATORS.  THE RELATORS WILL NOT BE ALLOWED TO

1   PARTICIPATE IN THAT PORTION OF THE HEARING.

2      HAVE WE GOT ANY QUESTIONS ABOUT THAT?

3           MR. BEVER:  NO,  YOUR HONOR.

4           MR. GILLEN:  NO,  YOUR HONOR.

5           THE COURT:   WELL,  LET ME ASK BEFORE I SEND

6   MS. MOULDS OFF AND THEN HAVE TO WALK HER BACK,  IS THERE

7   ANYTHING WE NEED TO TAKE UP BEFORE I TAKE MS. MOULDS BACK TO

8   THE JURY ROOM AND DO AN IN-CAMERA INSPECTION?

9           MS. VARNER:  YOUR HONOR, I UNDERSTAND YOUR HONOR'S

10  ACCOUNT OF HOW IT INTENDS TO HOLD THE IN-CAMERA HEARING.  WE

11  WOULD RESPECTFULLY EXCEPT AND ASK THAT DAVITA'S COUNSEL BE

12  ALLOWED TO BE PRESENT IN THE IN-CAMERA PORTION OF THE

13  EXAMINATION OF THESE WITNESSES.   IT IS DAVITA'S PRIVILEGE

14  THAT IS BEING INVESTIGATED THROUGH YOUR HONOR'S QUESTIONS.

15  THE REBUTTAL EVIDENCE COULD BE BETTER DEVELOPED IF WE

16  UNDERSTOOD WHAT THE WITNESSES HAD SPOKEN ABOUT WITH YOUR

17  HONOR.  AND WE BELIEVE THE CASE LAW ALLOWS THE DEFENDANT, THE

18  PRIVILEGE HOLDER, TO BE PRESENT IN THE IN-CAMERA PORTION OF

19  THE HEARING.

20          THE COURT:   WELL,  I BELIEVE THAT DAVITA'S LAWYERS

21  PRESENCE MAY INFLUENCE THE WITNESSES AND I DO NOT INTEND TO

22  HAVE THEM PRESENT.  WITH ALL OF THE INTERVIEWS YOU HAVE HAD

23  WITH THESE WITNESSES,  IT IS UNBELIEVABLE TO ME THAT SOMETHING

24  IS GOING TO BE SAID THAT YOU AREN'T AWARE OF SO FAR.

25          MS. VARNER:  WE UNDERSTAND YOUR HONOR'S POSITION,

1   THANK YOU.

2          THE COURT:   BUT I NOTE YOUR EXCEPTION AND OVERRULE

3   IT.

4          MS. VARNER:   THANK YOU, YOUR HONOR.

5          MR. DEANE:   ON BEHALF OF THE BONDURANT WITNESSES, WE

6   WOULD LIKE TO JOIN IN THE REQUEST OF THE COURT AND WE

7   UNDERSTAND THE COURT'S RULING.

8          THE COURT:   ALL LAWYERS FOR EVERYBODY WANTS TO BE

9   PRESENT WHEN THE COURT DOES THE IN-CAMERA INSPECTION?

10         MR. WOOD:   RELATORS' COUNSEL IS FINE WITH THE COURT

11  CONDUCTING THE EXAMINATION WE DO NOT SEEK TO BE PRESENT.

12         MR. FRIZZELL:   AND, YOUR HONOR, WITH THE TOTAL

13  UNDERSTANDING OF THE COURT'S ORDER, JUST FOR THE RECORD, GIBBS

14  AND BRUNS AND GRANT HARVEY WOULD JOIN THE REQUEST.   WE WOULD

15  LIKE TO BE.

16         THE COURT:   OKAY.   NOTED FOR THE RECORD AND

17  OVERRULE.

18     ANYTHING ELSE?

19         MR. WOOD:   JUDGE PANNELL, THERE ARE JUST A VERY BRIEF

20  COMMENTS THAT I WANTED TO ADDRESS WITH THE COURT ABOUT THE

21  RECORDS FROM MR. COLLARD.

22         THE COURT:   LET ME,  MS. MOULDS,  IF YOU WILL JUST

23  STEP OUT THERE AND WAIT, WE ARE GOING TO GET TO YOU PRETTY

24  QUICK.   MS. ADAMS, IF YOU WILL GO ON BACK TO THE WITNESS ROOM

25  AND TRY TO MAKE YOURSELF COMFORTABLE.

1          ALL RIGHT, MR. WOOD.

2          MR. WOOD:  THANK YOU, YOUR HONOR.

3      AND I HAVE HAD AN OPPORTUNITY TO READ THE COURT'S ORDER

4   THIS MORNING.  AND THE REASON THAT I STAND TO SPEAK BRIEFLY

5   ABOUT MR. COLLARD IS THAT I BELIEVE YOUR HONOR HAS NOT HAD AN

6   OPPORTUNITY TO SEE THE TELEPHONE RECORDS THAT WERE REQUESTED.

7          THE COURT:  I HAVE NOT.

8          MR. WOOD:  THEY WERE PRODUCED TODAY.

9      AS YOUR HONOR WILL RECALL, MR. COLLARD TESTIFIED IN HIS

10  DEPOSITION THAT HE SPOKE WITH RICH TETLEY SOME TIME IN LATE

11  JUNE.  IN FACT, THE TELEPHONE RECORDS REVEAL THAT MR.

12  COLLARD SPOKE WITH MR. TETLEY ON FRIDAY, JULY 19TH, 2013.

13  THERE IS A TWO-MINUTE CALL AT 10:00 O'CLOCK A.M. FROM LAS

14  VEGAS AND THEN THERE IS A 17-MINUTE CALL AT 12:39 P.M. FROM A

15  DIFFERENT LOCATION TO MR. TETLEY'S NUMBER IN FLORIDA.  THE

16  REASON THAT IS IMPORTANT, YOUR HONOR, IS THAT MR. TETLEY  --

17  MR. COLLARD TESTIFIED AT LENGTH THAT HE HAD DISCUSSED HIS

18  ERRATA SHEET WITH LAURA MCLANE OF MCDERMOTT, WILL AND EMORY,

19  WHO I NOTE IS NOT PRESENT TODAY NOR IS THAT LAW FIRM, AND THAT

20  HE TOOK THE PRIVILEGE AS YOUR HONOR KNOWS AS TO WHY HE

21  CONTACTED MR. TETLEY.  HE ALSO TESTIFIED THAT HE WAS WELL

22  AWARE OF THE 30-DAY TIME PERIOD WITHIN WHICH HE NEEDED TO FILE

23  HIS ERRATA SHEET.

24      THE ERRATA SHEET WAS SENT BY BONDURANT, MIXSON, AND ELMORE

25  TO THE COURT REPORTING FIRM ON MONDAY, JULY 22ND.  THAT IS

1  THE ERRATA SHEET THAT CONTAINS AN UN-NOTARIZED EXECUTION PAGE

2  BY MR. COLLARD AND CONTAINS ON THE TWO EXECUTION PAGES THE FAX

3  NUMBER WHERE IT WAS FAXED, MR. COLLARD SAYS, FROM HIS HOME.

4  THE ATTACHED TYPED ERRATA THAT CONTAINS THE LENGTHY

5  EXPLANATION ABOUT HIS CHANGES IN HIS TESTIMONY,  THAT WAS

6  ATTACHED TO THE UN-NOTARIZED EXECUTION PAGES, BUT IT WAS NOT

7  FAXED.   IT BEARS NO FAX NUMBER.   I HAVE LEARNED FROM MR.

8  MURPHY THAT THERE WAS A TRANSMITTAL BY EMAIL OF THE ERRATA

9  SHEET TO MR. COLLARD ON JULY 18TH.   AND I BELIEVE YOUR HONOR

10 MAY WANT TO INQUIRE INTO THE SUBSTANCE OF THAT EMAIL AND

11 REVIEW THE ATTACHED ERRATA SHEET BECAUSE MR. MURPHY ALSO TELLS

12 ME THAT THERE WAS ANOTHER TRANSMITTAL, AND I DON'T KNOW

13 WHETHER IT CONTAINED ANOTHER ERRATA SHEET ON THE 19TH OF JULY,

14 AGAIN,  YOUR HONOR MAY WANT TO LOOK AT THAT TRANSMITTAL AND IF

15 IT DID ATTACH AN ERRATA SHEET TO REVIEW IT.

16    WHAT I DO KNOW IS THAT MR. COLLARD TESTIFIED THAT AFTER HE

17 SPOKE WITH MR. TETLEY THAT MORNING FOR 17 MINUTES,  HE DID NOT

18 CALL ANYONE ELSE.   AND HE TESTIFIED THAT HE DID NOT SPEAK TO

19 ANY DAVITA LAWYER IN ANY CLOSE TIME PROXIMITY TO THE CALL WITH

20 MR. TETLEY.   AND I BELIEVE THAT YOUR HONOR MAY FIND IN YOUR

21 INQUIRY THAT THE DECISION ABOUT MR. COLLARD'S TESTIMONY BEING

22 CHANGED WAS MADE BEFORE HE SPOKE WITH MR. TETLEY.   EVEN

23 THOUGH MR. COLLARD VERY CLEARLY TESTIFIED THAT HE CALLED MR.

24 TETLEY ON THE 19TH OF JULY BECAUSE HE HIMSELF DID NOT KNOW HOW

25 SNAPPY OPERATED PRIOR TO 2011 AND HE DID NOT KNOW AS OF THAT

1  DATE WHETHER THERE WAS A DOSE CALCULATOR,  I BELIEVE THAT IT

2  HAD BEEN STRONGLY SUGGESTED TO HIM BY COUNSEL THAT THERE WAS

3  NO SUGGESTED DOSE AND NO DOSE CALCULATOR AND THAT MR. COLLARD

4  WANTED TO CONFIRM THAT FACT BEFORE HE EXECUTED HIS ERRATA

5  SHEET WITH MR. TETLEY AT THE SUGGESTION OF COUNSEL, AND THAT

6  AFTER HE SPOKE WITH MR. TETLEY THEN HE FAXED HIS ERRATA SHEET.

7  SO HE HAD HEWED HIS TESTIMONY BEFORE HE SPOKE WITH TETLEY TO

8  CONFIRM IT AND HE SPOKE WITH THE PERSON THAT EVERYONE KNEW AT

9  THAT TIME WOULD CONFIRM IT, THAT TETLEY WOULD SAY THAT IT

10 DIDN'T SUGGEST THE DOSES.

11     THANK YOU,  YOUR HONOR.

12         THE COURT:  WELL,  ARE YOU GOING TO HAVE A LITTLE

13 TIME AND I AM GOING TO TAKE COLLARD THIRD.  SO IF YOU WOULD,

14 PRIOR TO ME QUESTIONING HIM,  IF YOU COULD GIVE ME A TIME

15 OUTLINE AND SO FORTH OF WHAT YOU JUST SAID,  THAT WOULD BE

16 HELPFUL.

17         MR. WOOD:  WE HAVE IT AND WILL REFINE IT IF NECESSARY

18 AND SUBMIT IT TO YOUR HONOR THIS MORNING.

19     THANK YOU.

20         THE COURT:  ALL RIGHT.

21         MS. VARNER:  WOULD YOUR HONOR LIKE THE PHONE RECORDS

22 THAT YOU REQUESTED AT THIS TIME?

23         THE COURT:  NO.  WELL, HAND THEM UP HERE. I WANT

24 THEM SOONER OR LATER.  BUT I AM NOT GOING TO STOP RIGHT NOW

25 AND LOOK AT THEM.

1          MS. VARNER:  MAY I APPROACH,  YOUR HONOR?

2          THE COURT:   YES, SIR.  LET ME JUST SAY, YOU DON'T

3   HAVE TO ASK ME WHETHER YOU ARE GOING TO APPROACH.   IF I DON'T

4   WANT YOU TO APPROACH I WILL TELL YOU.

5          MS. VARNER:  THERE ARE FOUR COPIES OF THE PHONE

6   RECORDS.  A BLUE TAB MARKS THE PAGE ON WHICH THE FIRST CALL IS

7   TO MR. TETLEY.   IN THE FRONT OF THE FILE IS MR. TETLEY'S

8   TESTIMONY WHERE HE IDENTIFIES HIS CELLPHONE NUMBER DURING HIS

9   DEPOSITION SO THAT YOUR HONOR CAN MATCH UP THE CALL TO MR.

10  TETLEY'S PHONE NUMBER.   THESE ARE NOT REDACTED COPIES AND TO

11  THE EXTENT THE COURT DECIDES TO FILE ANYTHING IN THE RECORD,

12  WE ALSO HAVE WITH US REDACTED COPIES.

13         THE COURT:   WELL AND OBVIOUSLY YOU HAVE GIVEN THE

14  PHONE RECORDS TO MR. WOOD.

15         MS. VARNER:  WE HAVE.

16     THANK YOU,  YOUR HONOR.

17         THE COURT:   ANYTHING ELSE?

18         MR. WOOD:  NOT FROM RELATORS AT THIS TIME,  YOUR

19  HONOR.

20         THE COURT:   WELL,  YOU ARE WELCOME TO STAY IN THE

21  COURTROOM AND IN THE COURTHOUSE.   PLEASE DON'T TEAR UP THE

22  FURNITURE.

23         MR. WOOD:  I MIGHT ASK ONE QUESTION.   WHEN YOU DO --

24  WHEN YOU ALLOW, IF YOU DO, THE REBUTTAL,  WILL THAT BE

25  CONDUCTED IN THE COURTROOM SO WE CAN CLEAR OUR STUFF OUT?

1          THE COURT:  I HAVEN'T GOT ANOTHER ROOM I CAN FIT ALL

2  OF THESE PEOPLE IN.

3          MR. WOOD:  WE WILL CLEAR OUR STUFF OUT AND TAKE CARE

4  OF THE FURNITURE IN THE HALLWAY.

5          THE COURT:  YES.  NOW, IF YOU WANT TO LEAVE THIS

6  FLOOR, THAT WILL BE FINE, JUST GIVE MY DEPUTY CLERK A

7  CELLPHONE  -- WELL,  DO YOU HAVE YOUR CELLPHONES UP HERE? GIVE

8  HIM A CELLPHONE NUMBER WHERE WE CAN GET IN TOUCH WITH YOU IF

9  WE NEED YOU.

10     ANYTHING ELSE?

11          ALL RIGHT.  YOU CAN BE AT EASE AND I WILL ASK

12  MS. MOULDS TO STEP BACK HERE.   SHE CAN COME AROUND THIS WAY

13  AND THROUGH THIS DOOR.

14

15          *** END OF REQUESTED TRANSCRIPT ***

16  * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

17                    CERTIFICATE OF REPORTER

18     I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM

19  MY STENOGRAPHIC NOTES IN THE ABOVE-ENTITLED MATTER.

20

21

22

23

24   S/DEBRA R. BULL, RPR, CRR          JANUARY 30, 2015
                                        DATE
25

**0**

**07-CV-2509** [1] - 4:4

**1**

**1001** [1] - 4:8
**10173-1922** [1] - 2:21
**1050** [1] - 2:11
**1075** [1] - 1:23
**10:00** [2] - 4:2, 13:13
**1100** [1] - 3:2
**1180** [3] - 1:16, 1:19, 2:8
**1201** [1] - 2:2
**12:39** [1] - 13:14
**1380** [1] - 2:23
**1420** [1] - 2:17
**17** [1] - 14:17
**17-MINUTE** [1] - 13:14
**18TH** [1] - 14:9
**1914** [1] - 3:5
**19TH** [3] - 13:12, 14:13, 14:24
**1:07-2509** [1] - 1:3

**2**

**2011** [1] - 14:25
**2013** [1] - 13:12
**2014** [1] - 4:9
**2015** [2] - 1:4, 17:24
**20TH** [2] - 4:8, 10:4
**2100** [1] - 2:23
**22** [1] - 10:3
**22ND** [1] - 13:23
**2400** [2] - 1:16, 1:19
**27** [1] - 1:4

**3**

**30** [1] - 17:24
**30-DAY** [1] - 13:22
**30303** [1] - 3:6
**30305** [2] - 2:11, 2:14
**30309** [3] - 1:17, 1:20, 2:3
**30309-3053** [1] - 2:18
**30309-3521** [1] - 2:8
**30326** [1] - 1:23
**30327** [1] - 2:24
**3127** [1] - 2:14
**3250** [1] - 2:3
**340** [1] - 2:20
**3414** [1] - 1:22
**3490** [1] - 2:10
**3500** [1] - 3:3

**7**

**75** [1] - 3:6
**77002** [1] - 3:3

**8**

**800** [1] - 2:18

**A**

**A.M** [2] - 4:2, 13:13
**ABIDE** [1] - 8:12
**ABOUT** [13] - 4:9, 4:10, 6:5, 7:11, 7:24, 9:12, 10:17, 11:2, 11:16, 12:20, 13:5, 14:5, 14:21
**ABOVE** [1] - 17:19
**ABOVE-ENTITLED** [1] - 17:19
**ACCOUNT** [1] - 11:10
**ADAMS** [6] - 2:9, 7:3, 8:15, 8:19, 9:25, 12:24
**ADDRESS** [1] - 12:20
**ADJACENT** [1] - 10:20
**ADMINISTER** [1] - 8:18
**AFTER** [3] - 10:22, 14:16, 15:6
**AFTERNOON** [1] - 6:3
**AGAIN** [1] - 14:14
**AIDED** [1] - 3:9
**AL** [2] - 1:3, 1:7
**ALL** [25] - 4:24, 5:3, 5:16, 5:20, 6:6, 7:5, 7:8, 7:9, 7:10, 7:19, 8:4, 8:22, 8:24, 9:14, 9:19, 9:20, 9:24, 10:16, 10:23, 11:22, 12:8, 13:1, 15:20, 17:1, 17:11
**ALLOW** [2] - 9:1, 16:24
**ALLOWED** [3] - 10:23, 10:25, 11:12
**ALLOWS** [1] - 11:17
**ALON** [1] - 5:1
**ALONG** [1] - 14:14
**ALSO** [6] - 4:22, 4:25, 5:25, 13:21, 14:11, 16:12
**AM** [10] - 5:5, 6:5, 6:18, 7:9, 7:10, 7:24, 9:16, 10:11, 15:13, 15:24

**AMERICA** [1] - 1:3
**AMONG** [1] - 8:25
**AN** [11] - 4:18, 5:10, 5:11, 6:4, 9:5, 10:16, 11:8, 13:3, 13:5, 14:1, 14:15
**AND** [88] - 2:10, 4:6, 4:11, 4:22, 4:25, 5:1, 5:6, 5:7, 5:8, 5:12, 5:15, 5:19, 5:22, 5:25, 6:2, 6:4, 6:8, 6:9, 6:14, 6:16, 6:19, 6:20, 7:1, 7:3, 7:10, 7:13, 8:5, 8:8, 8:12, 8:15, 8:17, 8:19, 9:8, 9:21, 9:25, 10:15, 10:17, 10:19, 10:22, 10:24, 11:6, 11:8, 11:11, 11:17, 11:21, 12:2, 12:6, 12:12, 12:14, 12:16, 12:23, 12:25, 13:3, 13:4, 13:14, 13:18, 13:19, 13:24, 14:2, 14:9, 14:10, 14:12, 14:14, 14:18, 14:20, 14:25, 15:3, 15:5, 15:8, 15:13, 15:15, 15:17, 15:18, 15:25, 16:10, 16:13, 16:21, 17:3, 17:11, 17:13
**ANNOUNCE** [1] - 5:4
**ANOTHER** [3] - 14:12, 14:13, 17:1
**ANY** [8] - 7:11, 9:12, 9:18, 10:24, 11:2, 14:19
**ANYBODY** [2] - 7:6, 7:13
**ANYONE** [2] - 9:1, 14:18
**ANYTHING** [6] - 9:21, 11:7, 12:18, 16:11, 16:17, 17:10
**APOLOGIZE** [1] - 6:2
**APPEARANCE** [5] - 4:18, 5:4, 5:10, 5:11, 6:4
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**APPRECIATE** [2] - 6:11, 6:25
**APPROACH** [3] - 16:1, 16:3, 16:4
**APPROXIMATELY** [1] - 4:2
**ARE** [30] - 4:13, 4:14, 4:15, 4:16, 4:16, 5:13, 5:15, 5:21, 6:12, 7:3, 7:11, 7:16, 7:18, 7:22,

8:7, 8:22, 8:24, 9:5, 9:6, 9:10, 9:25, 10:1, 12:19, 12:23, 15:12, 16:3, 16:5, 16:10, 16:20
**AREN'T** [1] - 11:24
**AROUND** [2] - 10:1, 17:12
**AS** [11] - 4:4, 6:19, 6:20, 8:3, 8:6, 9:9, 13:9, 13:20, 14:25
**ASK** [7] - 4:17, 8:21, 11:5, 11:11, 16:3, 16:23, 17:11
**ASSEMBLY** [1] - 10:4
**AT** [18] - 4:1, 4:8, 4:23, 6:22, 7:10, 7:21, 9:2, 10:19, 13:13, 13:14, 13:17, 14:14, 15:5, 15:8, 15:22, 15:25, 16:18, 17:11
**ATLANTA** [12] - 1:2, 1:3, 1:17, 1:20, 1:23, 2:3, 2:8, 2:11, 2:14, 2:18, 2:24, 3:6
**ATLANTIC** [1] - 2:2
**ATTACH** [1] - 14:15
**ATTACHED** [3] - 14:4, 14:6, 14:11
**ATTENDANCE** [1] - 9:3
**ATTORNEY** [1] - 4:7
**ATTORNEY-CLIENT** [1] - 4:7
**ATTORNEYS** [6] - 4:12, 5:9, 5:11, 8:22, 10:18, 10:20
**AUDITED** [1] - 6:10
**AUTHORITY** [1] - 9:4
**AVENUE** [1] - 2:20
**AVOID** [1] - 10:9
**AWARE** [2] - 11:24, 13:22

**B**

**BACK** [5] - 9:24, 11:6, 11:7, 12:24, 17:12
**BARBIR** [1] - 4:25
**BASED** [1] - 4:6
**BE** [28] - 4:3, 4:9, 5:2, 6:10, 7:13, 7:18, 7:19, 7:22, 7:23, 8:23, 10:2, 10:6, 10:18, 10:19, 10:23, 10:25, 11:11, 11:12, 11:15, 11:18, 11:24, 12:8, 12:11, 12:15, 15:15,

16:24, 17:6, 17:11
**BEARS** [1] - 14:7
**BECAUSE** [3] - 9:6, 14:11, 14:24
**BEEN** [2] - 5:11, 15:2
**BEFORE** [6] - 1:9, 11:5, 11:7, 14:22, 15:4, 15:7
**BEHALF** [5] - 4:13, 4:15, 4:18, 5:24, 12:5
**BEHIND** [2] - 7:15, 10:21
**BEING** [3] - 7:11, 11:14, 14:21
**BELIEVE** [7] - 5:21, 11:17, 11:20, 13:5, 14:9, 14:20, 15:1
**BENJAMIN** [1] - 2:16
**BETTER** [1] - 11:15
**BETWEEN** [1] - 4:11
**BEVER** [7] - 2:12, 2:13, 6:16, 6:18, 6:25, 9:22, 11:3
**BLANK** [1] - 5:17
**BLANKED** [1] - 8:5
**BLUE** [1] - 16:6
**BONDURANT** [5] - 2:15, 5:12, 5:15, 12:5, 13:24
**BOTH** [1] - 7:3
**BRIDGES** [1] - 1:21
**BRIEF** [1] - 12:19
**BRIEFLY** [1] - 13:4
**BRING** [1] - 10:1
**BROUGHT** [1] - 4:22
**BRUNS** [6] - 2:22, 3:1, 5:22, 5:25, 6:15, 12:14
**BUILDING** [1] - 3:5
**BULL** [2] - 3:4, 17:24
**BUT** [8] - 5:18, 6:2, 6:7, 7:22, 9:3, 12:2, 14:6, 15:24
**BY** [9] - 6:19, 8:12, 9:3, 9:5, 10:19, 13:24, 14:2, 14:8, 15:2

**C**

**CALCULATOR** [2] - 15:1, 15:3
**CALL** [7] - 8:7, 13:13, 13:14, 14:18, 14:19, 16:6, 16:9
**CALLED** [3] - 8:23, 9:5, 14:23
**CAMERA** [9] - 4:10, 7:13, 10:16, 10:22, 11:8, 11:10, 11:12, 11:18, 12:9

**CAN** [11] - 7:11, 9:18, 9:20, 10:9, 10:14, 16:9, 16:25, 17:1, 17:8, 17:11, 17:12
**CANNOT** [1] - 9:16
**CARE** [1] - 17:3
**CASE** [3] - 4:4, 6:1, 11:17
**CELLPHONE** [3] - 16:8, 17:7, 17:8
**CELLPHONES** [1] - 17:7
**CENTER** [1] - 2:2
**CERTAIN** [2] - 4:10, 4:11
**CERTIFICATE** [1] - 17:17
**CERTIFY** [1] - 17:18
**CHAMBERS** [2] - 9:22, 10:6
**CHANGE** [1] - 9:6
**CHANGED** [1] - 14:22
**CHANGES** [1] - 14:5
**CHARLES** [1] - 1:9
**CHARLIE** [1] - 4:22
**CHILIVIS** [1] - 2:13
**CHILTON** [2] - 2:5, 5:5
**CLEAR** [3] - 6:9, 16:25, 17:3
**CLEARED** [1] - 6:8
**CLEARLY** [1] - 14:23
**CLERK** [3] - 8:18, 9:8, 17:6
**CLERK'S** [1] - 6:7
**CLIENT** [1] - 4:7
**CLOSE** [1] - 14:19
**COCHRAN** [1] - 2:13
**COLLARD** [19] - 2:10, 7:3, 8:16, 8:19, 10:3, 10:11, 10:13, 12:21, 13:5, 13:9, 13:12, 13:17, 14:2, 14:3, 14:9, 14:16, 14:23, 15:3, 15:13
**COLLARD'S** [1] - 14:21
**COLLEAGUES** [1] - 5:16
**COME** [4] - 7:9, 7:12, 7:20, 17:12
**COMFORTABLE** [1] - 12:25
**COMMENTS** [1] - 12:20
**COMMUNICATIONS** [2] - 4:11, 10:17
**COMPEL** [1] - 4:6
**CONDUCT** [2] -

10:12, 10:16
**CONDUCTED** [1] - 16:25
**CONDUCTING** [1] - 12:11
**CONFIRM** [3] - 15:4, 15:8, 15:9
**CONTACTED** [2] - 9:22, 13:21
**CONTAINED** [1] - 14:13
**CONTAINS** [3] - 14:1, 14:2, 14:4
**CONTINUED** [2] - 2:1, 3:1
**COPIES** [3] - 16:5, 16:10, 16:12
**CORRECT** [2] - 6:13, 17:18
**COULD** [3] - 5:2, 11:15, 15:14
**COUNSEL** [7] - 9:1, 9:17, 10:7, 11:11, 12:10, 15:2, 15:5
**COUNTRY** [1] - 5:1
**COURT** [60] - 1:1, 1:10, 3:4, 3:5, 4:1, 4:3, 4:10, 4:15, 4:17, 4:24, 5:3, 5:9, 5:20, 6:6, 6:12, 6:16, 6:20, 6:21, 6:23, 7:1, 7:5, 7:22, 8:4, 8:13, 8:15, 8:21, 9:3, 9:5, 9:11, 9:15, 9:18, 9:20, 10:5, 10:6, 10:9, 10:16, 10:19, 11:5, 11:20, 12:2, 12:6, 12:8, 12:9, 12:10, 12:16, 12:20, 12:22, 13:7, 13:25, 15:12, 15:20, 15:23, 16:2, 16:11, 16:13, 16:17, 16:20, 17:1, 17:5
**COURT'S** [6] - 5:17, 8:12, 10:22, 12:7, 12:13, 13:3
**COURTHOUSE** [1] - 16:21
**COURTROOM** [5] - 9:2, 9:5, 10:21, 16:21, 16:25
**CRAIG** [2] - 2:9, 7:1
**CRIME** [1] - 4:7
**CRR** [2] - 3:4, 17:24
**CSO** [1] - 9:9
**CV** [1] - 1:3

**D**

**DANIEL** [1] - 4:25

**DATE** [2] - 15:1, 17:24
**DAVID** [2] - 1:15, 4:22
**DAVIS** [1] - 2:5
**DAVITA** [7] - 1:7, 2:5, 4:5, 4:15, 5:4, 10:23, 14:19
**DAVITA'S** [4] - 4:11, 11:11, 11:13, 11:20
**DAY** [3] - 2:17, 5:19, 6:7
**DEANE** [6] - 2:16, 5:14, 8:11, 8:14, 12:5
**DEBRA** [1] - 3:4
**DECIDES** [1] - 16:11
**DECISION** [1] - 14:21
**DEFENDANT** [2] - 2:5, 11:17
**DEFENDANTS** [2] - 1:8, 5:8
**DEFENSE** [1] - 5:25
**DELIBERATION** [1] - 9:9
**DEPENDING** [1] - 7:18
**DEPOSITION** [2] - 13:10, 16:9
**DEPUTY** [1] - 17:6
**DEVELOPED** [1] - 11:15
**DID** [6] - 10:5, 14:15, 14:17, 14:18, 14:24, 14:25
**DIDN'T** [1] - 15:10
**DIFFERENT** [1] - 13:15
**DISCOVERY** [1] - 4:12
**DISCUSS** [3] - 8:25, 9:1, 9:16
**DISCUSSED** [1] - 13:17
**DISTRICT** [3] - 1:1, 1:1, 1:10
**DIVISION** [1] - 1:2
**DO** [10] - 7:8, 7:20, 9:17, 11:8, 11:21, 12:11, 14:16, 16:23, 16:24, 17:7
**DOCKET** [2] - 4:8, 5:11
**DOCUMENTS** [1] - 4:6
**DOES** [1] - 12:9
**DOESN'T** [1] - 6:9
**DON'T** [5] - 10:9, 14:12, 16:2, 16:3, 16:21

**DOOR** [2] - 10:14, 17:13
**DOSE** [3] - 15:1, 15:3
**DOSES** [1] - 15:10
**DOUBT** [1] - 8:4
**DOWN** [2] - 4:5, 10:3
**DR** [1] - 5:1
**DRAKE** [2] - 2:6, 5:7
**DRIVE** [1] - 2:14
**DURING** [3] - 4:12, 10:7, 16:8

**E**

**EACH** [3] - 10:17, 10:18, 10:22
**EASE** [1] - 17:11
**EASIER** [1] - 10:2
**EHLRICH** [1] - 4:22
**EHRLICH** [1] - 1:15
**ELMORE** [4] - 2:15, 5:12, 5:15, 13:24
**ELSE** [5] - 9:21, 12:18, 14:18, 16:17, 17:10
**EMAIL** [2] - 14:8, 14:10
**EMERY** [1] - 2:20
**EMORY** [2] - 2:19, 13:18
**END** [1] - 17:15
**ENTERED** [1] - 6:4
**ENTITLED** [1] - 17:19
**ERRATA** [11] - 13:18, 13:23, 13:24, 14:1, 14:4, 14:8, 14:11, 14:13, 14:15, 15:4, 15:6
**ESCORT** [1] - 10:11
**ESQ** [18] - 1:14, 1:14, 1:15, 1:18, 1:21, 2:1, 2:5, 2:6, 2:6, 2:7, 2:9, 2:12, 2:15, 2:16, 2:16, 2:19, 2:22, 3:1
**ET** [2] - 1:3, 1:7
**EVANS** [3] - 1:18, 1:18, 4:21
**EVEN** [2] - 9:17, 14:22
**EVERYBODY** [2] - 6:23, 12:8
**EVERYONE** [1] - 15:8
**EVIDENCE** [2] - 10:24, 11:15
**EX** [4] - 1:3, 7:14, 7:17, 10:24
**EXAMINATION** [3] - 10:8, 11:13, 12:11

**EXCEPT** [1] - 11:11
**EXCEPTION** [2] - 4:7, 12:2
**EXCUSED** [1] - 9:3
**EXECUTED** [1] - 15:4
**EXECUTION** [3] - 14:1, 14:2, 14:6
**EXPECT** [3] - 4:9, 7:13, 8:23
**EXPLANATION** [1] - 14:5
**EXTENT** [1] - 16:11

**F**

**FACT** [2] - 13:11, 15:4
**FAGAN** [1] - 2:16
**FAR** [1] - 11:24
**FAX** [2] - 14:2, 14:7
**FAXED** [3] - 14:3, 14:7, 15:6
**FERRY** [1] - 2:23
**FILE** [3] - 13:22, 16:7, 16:11
**FILED** [3] - 4:8, 5:11, 6:3
**FIND** [1] - 14:20
**FINE** [4] - 7:22, 8:6, 12:10, 17:6
**FINISH** [1] - 10:23
**FIRM** [7] - 2:22, 4:23, 5:19, 5:24, 6:14, 13:19, 13:25
**FIRST** [3] - 5:16, 9:24, 16:6
**FIT** [1] - 17:1
**FLOOR** [1] - 17:6
**FLORIDA** [1] - 13:15
**FOLLOWING** [1] - 4:1
**FOR** [19] - 1:1, 1:14, 2:5, 4:5, 4:10, 4:23, 5:4, 5:15, 6:2, 6:4, 6:10, 7:20, 10:1, 10:11, 10:15, 12:8, 12:13, 12:16, 14:17
**FOREGOING** [1] - 17:18
**FORTH** [1] - 15:15
**FORWARD** [1] - 7:15
**FOUR** [1] - 16:5
**FOX** [1] - 2:16
**FRAUD** [1] - 4:7
**FRIDAY** [1] - 13:12
**FRIZELL** [1] - 6:11
**FRIZZELL** [7] - 3:1, 3:2, 6:1, 6:2, 6:4, 6:14, 12:12

**FROM** [16] - 5:5, 5:8, 5:19, 5:24, 6:1, 6:20, 9:2, 10:25, 12:21, 13:13, 13:14, 14:3, 14:7, 16:18, 17:18
**FRONT** [1] - 16:7
**FURNITURE** [2] - 16:22, 17:4

## G

**GA** [5] - 1:3, 2:3, 2:18, 2:24, 3:6
**GATHER** [1] - 5:18
**GEOFFREY** [2] - 2:6, 5:7
**GEORGIA** [7] - 1:1, 1:17, 1:20, 1:23, 2:8, 2:11, 2:14
**GET** [4] - 6:20, 8:4, 12:23, 17:8
**GIBBS** [6] - 2:22, 3:1, 5:22, 5:25, 6:14, 12:13
**GILLEN** [6] - 2:9, 2:10, 7:1, 7:2, 10:5, 11:4
**GIVE** [8] - 6:23, 7:10, 7:24, 8:21, 8:24, 15:14, 17:6, 17:7
**GIVEN** [1] - 16:13
**GO** [6] - 6:21, 9:20, 9:24, 10:3, 10:15, 12:24
**GOES** [1] - 7:19
**GOING** [12] - 7:9, 7:10, 7:22, 8:7, 10:1, 10:6, 11:24, 12:23, 15:12, 15:13, 15:24, 16:3
**GOOD** [1] - 5:14
**GOT** [6] - 5:16, 8:8, 9:12, 11:2, 17:1
**GRANT** [6] - 2:22, 3:2, 5:25, 6:13, 8:2, 12:14
**GREG** [1] - 5:19
**GREGORY** [1] - 2:15
**GRUNBERG** [2] - 1:14, 4:21

## H

**HAC** [1] - 6:3
**HAD** [9] - 5:17, 9:6, 11:16, 11:22, 13:3, 13:5, 13:17, 15:2, 15:7
**HALLWAY** [2] - 10:1, 17:4
**HAND** [2] - 8:17,

15:23
**HANTHORN** [1] - 2:15
**HANTHORNE** [1] - 5:19
**HARVEY** [7] - 2:22, 3:2, 5:25, 6:13, 6:14, 8:2, 12:14
**HAS** [3] - 5:11, 9:23, 13:5
**HAVE** [31] - 4:17, 5:4, 5:9, 5:10, 5:16, 7:12, 7:14, 7:16, 8:5, 8:8, 8:11, 8:15, 9:9, 9:12, 10:5, 10:7, 11:2, 11:6, 11:22, 13:3, 13:7, 14:7, 15:12, 15:17, 16:3, 16:12, 16:13, 16:15, 17:7
**HAVEN'T** [1] - 17:1
**HE** [25] - 6:9, 8:2, 10:14, 13:10, 13:17, 13:20, 13:21, 13:22, 14:16, 14:17, 14:18, 14:22, 14:23, 14:24, 14:25, 15:4, 15:6, 15:7, 15:8, 16:8
**HEARD** [1] - 4:1
**HEARING** [8] - 1:10, 4:5, 4:9, 7:19, 10:12, 11:1, 11:10, 11:19
**HELPFUL** [1] - 15:16
**HER** [3] - 6:21, 9:23, 11:6
**HERE** [12] - 4:18, 5:10, 5:21, 5:24, 6:18, 6:19, 7:1, 7:15, 7:17, 15:23, 17:7, 17:12
**HEWED** [1] - 15:7
**HIM** [5] - 6:7, 10:14, 15:2, 15:14, 17:8
**HIMSELF** [1] - 14:24
**HIRED** [1] - 6:3
**HIS** [14] - 6:9, 6:10, 6:14, 13:9, 13:17, 13:23, 14:3, 14:5, 15:4, 15:6, 15:7, 16:8
**HOLD** [1] - 11:10
**HOLDER** [1] - 11:18
**HOME** [1] - 14:3
**HONOR** [39] - 4:14, 4:16, 4:20, 4:25, 5:5, 5:14, 5:23, 6:11, 6:18, 6:25, 7:2, 7:16, 7:19, 7:20, 7:25, 8:1, 8:10, 8:11, 11:3, 11:4, 11:9, 11:17, 12:4, 12:12, 13:2, 13:5, 13:9, 13:16, 13:20, 14:9, 14:14, 14:20, 15:11,

15:18, 15:21, 16:1, 16:9, 16:16, 16:19
**HONOR'S** [1] - 11:9, 11:14, 11:25
**HONORABLE** [1] - 1:9
**HORST,LLC** [2] - 2:1
**HOUSTON** [2] - 3:3, 6:2
**HOW** [4] - 7:18, 10:12, 11:10, 14:24

## I

**IA** [1] - 1:11
**IDENTIFIES** [1] - 16:8
**IF** [23] - 6:8, 6:9, 7:8, 7:11, 7:19, 8:2, 8:7, 8:17, 9:17, 9:21, 10:13, 11:15, 12:22, 12:24, 14:14, 15:13, 15:14, 15:17, 16:3, 16:24, 17:5, 17:8
**IMPORTANT** [1] - 13:16
**IN** [48] - 1:1, 4:1, 4:10, 6:1, 6:2, 6:23, 7:3, 7:9, 7:12, 7:13, 7:17, 7:21, 8:2, 8:23, 9:3, 9:4, 9:5, 9:10, 10:16, 10:20, 10:22, 11:1, 11:8, 11:10, 11:12, 11:18, 12:6, 12:9, 13:9, 13:10, 13:11, 13:15, 14:5, 14:19, 14:20, 16:7, 16:11, 16:20, 16:21, 16:25, 17:2, 17:4, 17:8, 17:19
**IN-CAMERA** [9] - 4:10, 7:13, 10:16, 10:22, 11:8, 11:10, 11:12, 11:18, 12:9
**INC** [2] - 1:7, 2:5
**INCLUDING** [1] - 9:1
**INCOME** [1] - 6:10
**INCORPORATED** [1] - 4:5
**INDIVIDUALS** [1] - 10:6
**INFLUENCE** [1] - 11:21
**INQUIRE** [1] - 14:10
**INQUIRY** [1] - 14:21
**INSPECTION** [4] - 7:14, 10:22, 11:8, 12:9
**INSTRUCT** [1] - 7:23
**INSTRUCTED** [2] -

8:25, 9:9
**INSTRUCTION** [3] - 8:12, 8:24, 9:13
**INSTRUCTIONS** [3] - 6:20, 7:10, 8:6
**INTEND** [1] - 11:21
**INTENDS** [1] - 11:10
**INTENT** [1] - 5:17
**INTERVIEWS** [1] - 11:22
**INTO** [2] - 10:6, 14:10
**INVESTIGATED** [1] - 11:14
**IS** [38] - 4:8, 4:18, 4:23, 5:1, 5:6, 5:21, 5:25, 6:1, 6:16, 6:19, 7:1, 7:6, 8:2, 8:6, 9:8, 9:15, 9:21, 10:12, 10:13, 11:6, 11:13, 11:14, 11:23, 11:24, 12:10, 13:5, 13:13, 13:14, 13:16, 13:19, 13:25, 14:16, 16:6, 16:7, 17:18
**IT** [27] - 6:6, 6:7, 6:8, 6:9, 6:25, 7:19, 9:1, 10:1, 11:10, 11:13, 11:23, 12:3, 14:3, 14:6, 14:7, 14:13, 14:15, 15:1, 15:8, 15:9, 15:17, 15:18
**ITS** [1] - 9:4

## J

**JAMES** [1] - 2:19
**JANUARY** [2] - 1:4, 17:24
**JEAN** [1] - 3:1
**JOHN** [1] - 6:1
**JOIN** [2] - 12:6, 12:14
**JONATHAN** [2] - 1:14, 4:21
**JONES** [2] - 2:17, 5:19
**JR** [4] - 1:9, 1:14, 2:16, 2:22
**JUDGE** [2] - 1:10, 12:19
**JULY** [5] - 13:12, 13:25, 14:9, 14:13, 14:24
**JUNE** [1] - 13:11
**JURY** [4] - 9:8, 10:3, 10:20, 11:8
**JUST** [8] - 5:18, 6:23, 12:13, 12:19, 12:22, 15:15, 16:2, 17:6

## K

**KARINSHAK** [2] - 2:1, 4:21
**KEEP** [1] - 9:10
**KEEPING** [1] - 9:6
**KHAYAT** [8] - 2:22, 2:22, 5:23, 5:24, 8:1, 8:10
**KING** [5] - 2:7, 5:6, 5:7, 5:8
**KNEW** [1] - 15:8
**KNOW** [7] - 5:9, 9:22, 9:25, 14:12, 14:16, 14:24, 14:25
**KNOWS** [1] - 13:20
**KREVOLIN** [2] - 2:1

## L

**LAKE** [1] - 2:10
**LARKINS** [1] - 2:13
**LAS** [1] - 13:13
**LATE** [1] - 13:10
**LATER** [3] - 7:20, 8:7, 15:24
**LAURA** [2] - 2:20, 13:18
**LAW** [7] - 1:18, 2:22, 5:16, 5:24, 6:14, 11:17, 13:19
**LAWYER** [2] - 6:1, 14:19
**LAWYERS** [3] - 4:17, 11:20, 12:8
**LEARNED** [1] - 14:7
**LEAVE** [1] - 17:5
**LENGTH** [1] - 13:17
**LENGTHY** [1] - 14:4
**LET** [13] - 4:17, 6:7, 8:18, 8:21, 8:24, 9:15, 9:21, 9:24, 10:3, 11:5, 12:22, 16:2
**LET'S** [3] - 6:12, 6:16, 7:8
**LIFE** [1] - 6:10
**LIKE** [4] - 6:21, 12:6, 12:15, 15:21
**LIN** [3] - 1:14, 1:15, 4:20
**LITTLE** [1] - 15:12
**LLC** [1] - 1:18
**LLP** [4] - 1:21, 2:7, 2:13, 2:20
**LLP-NY** [1] - 2:20
**LOCATION** [1] - 13:15
**LONG** [1] - 8:6
**LOOK** [2] - 14:14, 15:25

**LOT** [1] - 4:17
**LOUISIANA** [1] - 3:2

**M**

**MADE** [2] - 5:10, 14:22
**MADISON** [1] - 2:20
**MAKE** [3] - 6:9, 9:15, 12:25
**MAKES** [1] - 6:8
**MAKING** [1] - 4:18
**MAN** [1] - 10:14
**MAPLE** [1] - 2:14
**MARILYN** [4] - 2:12, 6:19, 8:19
**MARKS** [1] - 16:6
**MARLAN** [2] - 1:21, 4:21
**MATCH** [1] - 16:9
**MATTER** [1] - 17:19
**MAY** [7] - 7:16, 7:18, 11:21, 14:10, 14:14, 14:20, 16:1
**MCDERMOTT** [3] - 2:19, 2:20, 13:18
**MCLANE** [2] - 2:20, 13:18
**ME** [20] - 4:17, 4:18, 5:6, 5:12, 5:15, 6:1, 8:21, 8:24, 9:15, 9:21, 10:21, 11:5, 11:23, 12:22, 14:12, 15:14, 16:2, 16:3
**MIGHT** [1] - 16:23
**MINUTE** [2] - 6:24, 13:13
**MINUTES** [1] - 14:17
**MISSED** [1] - 7:6
**MIXSON** [4] - 2:15, 5:12, 5:15, 13:24
**MONARCH** [1] - 1:22
**MONDAY** [1] - 13:25
**MORNING** [8] - 5:14, 5:15, 6:4, 6:5, 8:6, 13:4, 14:17, 15:18
**MOTION** [2] - 4:6, 4:8
**MOTIONS** [1] - 1:10
**MOULDS** [10] - 2:12, 6:19, 8:15, 8:19, 9:23, 11:6, 11:7, 12:22, 17:12
**MR** [66] - 4:14, 4:20, 4:25, 5:14, 5:23, 6:4, 6:11, 6:14, 6:16, 6:18, 6:25, 7:1, 7:2, 8:1, 8:2, 8:10, 8:11, 8:14, 8:15, 9:22, 10:3, 10:5, 10:11, 10:13, 11:3,

11:4, 12:5, 12:10, 12:12, 12:19, 12:21, 13:1, 13:2, 13:5, 13:8, 13:9, 13:11, 13:12, 13:15, 13:16, 13:17, 13:21, 14:2, 14:3, 14:7, 14:9, 14:11, 14:16, 14:17, 14:20, 14:21, 14:22, 14:23, 15:3, 15:5, 15:6, 15:17, 16:7, 16:9, 16:14, 16:18, 16:23, 17:3
**MS** [21] - 4:16, 5:5, 7:16, 7:25, 8:3, 8:15, 9:23, 9:25, 11:6, 11:7, 11:9, 11:25, 12:4, 12:22, 12:24, 15:21, 16:1, 16:5, 16:15, 17:12
**MURPHY** [4] - 2:6, 5:6, 14:8, 14:11
**MY** [6] - 4:22, 4:23, 5:16, 5:19, 17:6, 17:19

**N**

**NE** [4] - 1:22, 2:8, 2:14, 2:17
**NECESSARY** [1] - 15:17
**NEED** [6] - 5:10, 7:6, 9:17, 9:21, 11:7, 17:9
**NEEDED** [2] - 8:2, 13:22
**NEGATIVELY** [2] - 9:14, 9:19
**NEW** [1] - 2:21
**NO** [8] - 1:3, 5:4, 11:3, 11:4, 14:7, 15:3, 15:23
**NOR** [2] - 8:25, 13:19
**NORTHERN** [1] - 1:1
**NOT** [17] - 5:2, 7:17, 8:25, 10:25, 11:21, 12:11, 13:5, 13:7, 13:19, 14:6, 14:17, 14:18, 14:24, 14:25, 15:24, 16:10, 16:18
**NOTARIZED** [2] - 14:1, 14:6
**NOTE** [3] - 7:6, 12:2, 13:19
**NOTED** [1] - 12:16
**NOTES** [1] - 17:19
**NOVEMBER** [1] - 4:8
**NOW** [6] - 5:9, 6:12, 7:17, 8:23, 15:24, 17:5

**NUMBER** [6] - 13:15, 14:3, 14:7, 16:8, 16:10, 17:8
**NUMBERED** [1] - 4:8
**NUNC** [1] - 6:9
**NW** [2] - 1:16, 2:23
**NY** [2] - 2:20, 2:21

**O**

**O'CLOCK** [1] - 13:13
**OATH** [1] - 8:18
**OBVIOUSLY** [1] - 16:13
**OF** [55] - 1:1, 1:3, 4:13, 4:15, 4:17, 4:18, 5:1, 5:6, 5:7, 5:11, 5:16, 5:24, 6:5, 6:10, 7:14, 7:17, 7:18, 7:23, 8:4, 8:5, 8:7, 8:8, 8:17, 9:5, 9:12, 9:15, 9:18, 10:17, 10:22, 11:1, 11:10, 11:12, 11:13, 11:18, 11:22, 11:24, 12:5, 12:6, 12:13, 13:18, 13:22, 14:8, 14:10, 14:13, 14:24, 14:25, 15:5, 15:15, 16:5, 16:7, 17:2, 17:4, 17:15, 17:17
**OFF** [1] - 11:6
**OFFICE** [1] - 6:7
**OFFICER** [1] - 9:5
**OKAY** [5] - 6:16, 8:13, 8:23, 9:11, 12:16
**ON** [25] - 4:5, 4:8, 4:13, 4:15, 4:18, 5:11, 5:17, 5:24, 7:6, 7:18, 7:23, 8:6, 9:2, 9:17, 9:25, 10:24, 12:5, 12:24, 13:12, 13:25, 14:2, 14:9, 14:13, 14:24, 16:6
**ONE** [4] - 2:2, 9:15, 10:19, 16:23
**OPEN** [1] - 4:1
**OPERATED** [1] - 14:25
**OPPORTUNITY** [3] - 8:3, 13:3, 13:6
**OR** [5] - 6:7, 7:14, 7:20, 9:4, 15:24
**ORDER** [3] - 5:17, 12:13, 13:3
**ORDERED** [1] - 6:19
**OTHER** [1] - 4:22, 5:9
**OTHERS** [1] - 5:21

**OUR** [4] - 9:6, 9:22, 16:25, 17:3
**OUT** [7] - 5:1, 7:12, 9:24, 10:13, 12:23, 16:25, 17:3
**OUTLINE** [1] - 15:15
**OVERRULE** [2] - 12:2, 12:17
**OWN** [1] - 9:17

**P**

**P.C** [1] - 1:15
**P.M** [1] - 13:14
**PACES** [1] - 2:23
**PAGE** [2] - 14:1, 16:6
**PAGES** [2] - 14:2, 14:6
**PANNELL** [2] - 1:9, 12:19
**PAPERS** [1] - 6:3
**PARALEGAL** [1] - 4:23
**PARDO** [1] - 2:19
**PART** [2] - 8:5, 9:15
**PARTE** [3] - 7:14, 7:17, 10:24
**PARTICIPATE** [2] - 6:8, 11:1
**PARTICULARLY** [1] - 4:9
**PASS** [1] - 8:6
**PAT** [1] - 2:16
**PAUL** [2] - 2:6, 5:6
**PEACHTREE** [6] - 1:16, 1:19, 1:22, 2:2, 2:8, 2:17
**PEOPLE** [1] - 17:2
**PERHAPS** [1] - 8:5
**PERIOD** [1] - 13:22
**PERMISSION** [1] - 9:18
**PERSON** [1] - 15:8
**PERSONAL** [2] - 10:7, 10:20
**PERSONS** [1] - 7:16
**PHONE** [4] - 15:21, 16:5, 16:10, 16:14
**PIEDMONT** [1] - 2:10
**PLAINTIFF** [1] - 1:14
**PLAINTIFFS** [1] - 1:4
**PLAN** [2] - 10:5, 10:12
**PLAZA** [1] - 1:22
**PLEASE** [4] - 4:3, 7:12, 9:4, 16:21
**PODIUM** [1] - 7:15
**POINT** [2] - 9:2, 9:16
**PORTION** [5] - 7:14, 7:17, 11:1, 11:12,

11:18
**POSITION** [1] - 11:25
**PRESENCE** [1] - 11:21
**PRESENT** [15] - 4:23, 5:1, 5:2, 6:17, 7:3, 8:2, 8:22, 10:7, 10:24, 11:12, 11:18, 11:22, 12:9, 12:11, 13:19
**PRETTY** [1] - 12:23
**PRIOR** [2] - 14:25, 15:14
**PRIVILEGE** [4] - 4:7, 11:13, 11:18, 13:20
**PRO** [2] - 6:3, 6:9
**PROBABLY** [1] - 9:23
**PROBLEM** [1] - 8:9
**PROCEEDING** [1] - 8:23
**PROCESS** [1] - 6:7
**PRODUCED** [1] - 13:8
**PROXIMITY** [1] - 14:19

**Q**

**QUESTION** [3] - 4:10, 10:24, 16:23
**QUESTIONED** [2] - 10:18, 10:19
**QUESTIONING** [1] - 15:14
**QUESTIONS** [4] - 9:12, 9:18, 11:2, 11:14
**QUICK** [1] - 12:24

**R**

**RAISE** [1] - 8:17
**READ** [1] - 13:3
**READING** [1] - 5:17
**READY** [3] - 4:13, 4:14, 4:15
**REASON** [2] - 13:4, 13:16
**REBUTTAL** [4] - 7:14, 7:17, 11:15, 16:24
**RECALL** [1] - 13:9
**RECORD** [4] - 7:7, 12:13, 12:16, 16:11
**RECORDS** [6] - 12:21, 13:6, 13:11, 15:21, 16:6, 16:14
**REDACTED** [2] - 16:10, 16:12

**REFINE** [1] - 15:17
**REL** [1] - 1:3
**RELATOR** [2] - 4:4, 5:1
**RELATORS** [5] - 4:13, 4:19, 10:25, 16:18
**RELATORS'** [2] - 4:6, 12:10
**REMAIN** [2] - 9:3, 9:4
**REPORTER** [3] - 3:4, 3:5, 17:17
**REPORTING** [1] - 13:25
**REPRESENT** [1] - 7:2
**REPRESENTING** [5] - 5:8, 5:12, 5:22, 6:12, 6:18
**REQUEST** [4] - 8:3, 8:11, 12:6, 12:14
**REQUESTED** [3] - 13:6, 15:22, 17:15
**RESPECT** [2] - 8:1, 8:3
**RESPECTFULLY** [1] - 11:11
**RESPOND** [2] - 9:14, 9:19
**RESPONSIBLE** [1] - 7:23
**REST** [1] - 6:10
**RETIRE** [1] - 9:2
**REVEAL** [1] - 13:11
**REVIEW** [3] - 10:17, 14:11, 14:15
**REYNOLDS** [2] - 3:2, 6:2
**RICH** [1] - 13:10
**RICHARD** [3] - 2:16, 3:5, 5:14
**RIGHT** [17] - 4:24, 5:3, 5:20, 6:6, 7:5, 7:8, 7:17, 7:19, 8:17, 8:22, 9:20, 9:24, 10:16, 13:1, 15:20, 15:24, 17:11
**ROAD** [3] - 1:22, 2:10, 2:23
**ROB** [1] - 5:18
**ROBERT** [4] - 2:16, 2:22, 5:24, 8:1
**RODELL** [2] - 2:7, 5:8
**ROOM** [12] - 6:21, 7:4, 7:12, 9:4, 9:8, 9:9, 9:21, 10:4, 10:20, 11:8, 12:24, 17:11
**ROOMS** [2] - 9:7, 9:10

**RPR** [2] - 3:4, 17:24
**RULE** [1] - 7:23
**RULES** [1] - 8:8
**RULING** [1] - 12:7
**RUSSELL** [1] - 3:5

## S

**S/DEBRA** [1] - 17:24
**SAID** [2] - 11:24, 15:15
**SAME** [2] - 7:10, 8:3
**SAY** [2] - 15:9, 16:2
**SAYING** [1] - 9:16
**SAYS** [1] - 14:3
**SCHEDULE** [1] - 9:23
**SCHMOLL** [2] - 2:16, 5:18
**SCOOTER** [1] - 9:25
**SEATED** [1] - 4:3
**SEE** [5] - 6:12, 6:16, 9:21, 10:14, 13:6
**SEEK** [2] - 9:18, 12:11
**SEND** [3] - 9:25, 10:15, 11:5
**SENIOR** [1] - 1:10
**SENT** [1] - 13:24
**SEPARATE** [1] - 9:10
**SEQUESTERED** [1] - 7:11
**SEQUESTRATION** [3] - 7:23, 8:7, 8:8
**SET** [1] - 4:5
**SHARON** [3] - 2:9, 7:2, 8:19
**SHAUN** [3] - 2:10, 7:3, 8:19
**SHE** [1] - 17:12
**SHEET** [10] - 13:18, 13:23, 13:24, 14:1, 14:9, 14:11, 14:13, 14:15, 15:5, 15:6
**SHORT** [1] - 6:5
**SHOW** [1] - 10:14
**SIMILAR** [1] - 8:11
**SIMON** [2] - 2:7, 5:7
**SIR** [4] - 4:24, 5:23, 10:9, 16:2
**SNAPPY** [1] - 14:25
**SO** [9] - 5:17, 7:11, 10:1, 11:24, 15:7, 15:13, 15:15, 16:9, 16:25
**SOME** [4] - 5:9, 5:21, 6:20, 13:10
**SOMEBODY** [2] - 5:21, 10:11

**SOMETHING** [1] - 11:23
**SON** [1] - 4:22
**SOONER** [1] - 15:24
**SORRY** [1] - 6:5
**SOUND** [1] - 4:4
**SPALDING** [5] - 2:7, 5:6, 5:7, 5:8
**SPEAK** [2] - 13:4, 14:18
**SPOKE** [7] - 13:10, 13:12, 14:17, 14:22, 15:6, 15:7, 15:8
**SPOKEN** [1] - 11:16
**SPRING** [1] - 3:6
**STACEY** [2] - 1:18, 4:20
**STAND** [1] - 13:4
**STATES** [4] - 1:1, 1:3, 1:10, 3:5
**STAY** [1] - 16:20
**STENOGRAPHIC** [1] - 17:19
**STENOTYPE/ COMPUTER** [1] - 3:9
**STENOTYPE/ COMPUTER-AIDED** [1] - 3:9
**STEP** [4] - 7:15, 10:13, 12:23, 17:12
**STOP** [1] - 15:24
**STREET** [6] - 1:16, 1:19, 2:2, 2:8, 2:17, 3:6
**STRONGLY** [1] - 15:2
**STUFF** [2] - 16:25, 17:3
**SUBMIT** [1] - 15:18
**SUBSTANCE** [1] - 14:10
**SUGGEST** [1] - 15:10
**SUGGESTED** [2] - 15:2, 15:3
**SUGGESTION** [1] - 15:5
**SUITE** [8] - 1:16, 1:19, 1:23, 2:3, 2:11, 2:18, 2:23, 3:3
**SURE** [1] - 9:16
**SW** [1] - 3:6
**SWEAR** [2] - 7:9, 7:20
**SWORN** [1] - 8:20

## T

**TAB** [1] - 16:6
**TAKE** [7] - 6:6, 9:22,

9:23, 11:7, 15:13, 17:3
**TAXES** [1] - 6:10
**TEAR** [1] - 16:21
**TELEPHONE** [2] - 13:6, 13:11
**TELL** [3] - 4:18, 5:12, 16:4
**TELLS** [1] - 14:11
**TESTIFIED** [6] - 13:9, 13:17, 13:21, 14:16, 14:18, 14:23
**TESTIMONY** [8] - 4:6, 8:25, 10:17, 10:24, 14:5, 14:21, 15:7, 16:8
**TETLEY** [13] - 13:10, 13:12, 13:16, 13:21, 14:17, 14:20, 14:22, 14:24, 15:5, 15:6, 15:7, 15:9, 16:7
**TETLEY'S** [3] - 13:15, 16:7, 16:10
**TEXAS** [1] - 3:3
**THANK** [10] - 5:3, 6:25, 7:25, 8:14, 12:1, 12:4, 13:2, 15:11, 15:19, 16:16
**THAT** [69] - 4:7, 5:10, 5:11, 6:5, 6:11, 7:6, 7:13, 7:21, 7:22, 7:24, 8:6, 8:22, 8:23, 9:9, 9:12, 9:17, 9:25, 10:10, 11:1, 11:2, 11:11, 11:14, 11:20, 11:23, 11:24, 12:20, 13:4, 13:5, 13:6, 13:10, 13:11, 13:16, 13:17, 13:19, 13:21, 13:25, 14:1, 14:4, 14:5, 14:8, 14:10, 14:12, 14:14, 14:16, 14:17, 14:18, 14:20, 14:21, 14:23, 14:25, 15:1, 15:2, 15:3, 15:4, 15:5, 15:8, 15:9, 15:15, 15:22, 16:9, 16:24, 17:6, 17:18
**THE** [196] - 1:1, 1:1, 1:9, 1:14, 2:5, 2:22, 4:1, 4:3, 4:4, 4:5, 4:7, 4:9, 4:10, 4:13, 4:15, 4:17, 4:19, 4:23, 4:24, 4:25, 5:1, 5:3, 5:4, 5:8, 5:9, 5:11, 5:17, 5:20, 5:24, 5:25, 6:1, 6:5, 6:6, 6:10, 6:12, 6:16, 6:19, 6:20, 6:21, 6:23, 7:1, 7:3, 7:5, 7:6, 7:9, 7:10, 7:12,

7:14, 7:15, 7:17, 7:18, 7:22, 7:23, 8:3, 8:4, 8:6, 8:8, 8:12, 8:13, 8:15, 8:17, 8:18, 8:21, 8:22, 9:2, 9:3, 9:4, 9:5, 9:8, 9:9, 9:11, 9:12, 9:15, 9:18, 9:20, 9:24, 10:1, 10:3, 10:5, 10:6, 10:7, 10:9, 10:12, 10:14, 10:16, 10:17, 10:18, 10:19, 10:20, 10:22, 10:24, 10:25, 11:1, 11:5, 11:8, 11:10, 11:12, 11:15, 11:16, 11:17, 11:18, 11:19, 11:20, 11:21, 11:22, 12:2, 12:5, 12:6, 12:7, 12:8, 12:9, 12:10, 12:11, 12:12, 12:13, 12:14, 12:16, 12:20, 12:22, 12:24, 13:3, 13:4, 13:6, 13:7, 13:11, 13:15, 13:20, 13:22, 13:24, 13:25, 14:1, 14:2, 14:4, 14:6, 14:8, 14:10, 14:11, 14:13, 14:19, 14:21, 14:24, 15:5, 15:8, 15:10, 15:12, 15:20, 15:21, 15:23, 16:2, 16:5, 16:6, 16:7, 16:9, 16:11, 16:13, 16:17, 16:20, 16:21, 16:24, 16:25, 17:1, 17:4, 17:5, 17:18, 17:19
**THEIR** [1] - 10:7
**THEM** [12] - 7:9, 7:10, 7:12, 7:14, 7:20, 7:23, 9:10, 10:7, 11:22, 15:23, 15:24, 15:25
**THEN** [4] - 9:17, 11:6, 13:14, 15:6
**THERE** [21] - 5:10, 5:18, 5:21, 7:6, 7:11, 9:8, 9:15, 9:21, 10:13, 11:6, 12:19, 12:23, 13:13, 13:14, 14:8, 14:12, 15:1, 15:2, 16:5
**THESE** [5] - 8:22, 11:13, 11:23, 16:10, 17:2
**THEY** [9] - 5:13, 7:3, 7:18, 7:19, 8:8, 9:10, 9:17, 9:18, 13:8
**THINK** [1] - 10:9
**THIRD** [1] - 15:13
**THIS** [23] - 5:15, 6:2,

6:4, 6:22, 7:8, 7:13, 8:4, 8:23, 8:24, 9:2, 9:3, 9:15, 9:16, 10:12, 10:20, 13:4, 15:18, 15:22, 16:18, 17:5, 17:12, 17:13

**THOMAS** [1] - 2:12
**THOSE** [2] - 6:23, 9:6
**THOUGH** [1] - 14:23
**THREE** [5] - 8:17, 9:12, 9:20, 9:24, 10:23
**THROUGH** [5] - 6:8, 8:4, 10:14, 11:14, 17:13
**THURSDAY** [1] - 8:5
**TIME** [14] - 4:23, 6:22, 7:10, 7:21, 9:3, 10:19, 13:10, 13:22, 14:19, 15:9, 15:13, 15:14, 15:22, 16:18
**TIMING** [1] - 6:5
**TO** [95] - 4:6, 4:7, 4:9, 4:10, 5:10, 5:18, 6:7, 6:20, 6:21, 6:23, 7:6, 7:9, 7:10, 7:13, 7:20, 7:22, 7:23, 7:24, 8:2, 8:3, 8:7, 8:23, 8:25, 9:1, 9:6, 9:9, 9:10, 9:17, 9:20, 9:22, 10:1, 10:3, 10:5, 10:11, 10:12, 10:15, 10:20, 10:23, 10:25, 11:6, 11:7, 11:10, 11:12, 11:18, 11:21, 11:23, 11:24, 12:6, 12:8, 12:11, 12:15, 12:20, 12:23, 12:24, 12:25, 13:3, 13:4, 13:6, 13:15, 13:20, 13:22, 13:25, 14:6, 14:9, 14:10, 14:14, 14:15, 14:18, 14:19, 14:25, 15:2, 15:4, 15:7, 15:12, 15:13, 15:14, 15:18, 15:24, 16:3, 16:4, 16:7, 16:9, 16:10, 16:11, 16:14, 16:20, 17:5, 17:12
**TODAY** [8] - 4:5, 4:18, 6:1, 6:9, 7:20, 8:5, 13:8, 13:19
**TOM** [1] - 6:16
**TOMORROW** [2] - 7:20, 8:5
**TOOK** [1] - 13:20
**TOTAL** [1] - 12:12
**TOUCH** [1] - 17:8
**TOWN** [1] - 8:2

**TRANSCRIPT** [2] - 17:15, 17:18
**TRANSCRIPTION** [1] - 3:9
**TRANSMITTAL** [3] - 14:8, 14:12, 14:14
**TRY** [1] - 12:25
**TRYING** [1] - 5:18
**TUNC** [1] - 6:9
**TWO** [3] - 6:7, 13:13, 14:2
**TWO-MINUTE** [1] - 13:13
**TYPED** [1] - 14:4

**U**

**UN** [2] - 14:1, 14:6
**UN-NOTARIZED** [2] - 14:1, 14:6
**UNBELIEVABLE** [1] - 11:23
**UNCERTAIN** [1] - 7:18
**UNDERSTAND** [4] - 9:16, 11:9, 11:25, 12:7
**UNDERSTANDING** [1] - 12:13
**UNDERSTOOD** [1] - 11:16
**UNITED** [4] - 1:1, 1:3, 1:10, 3:5
**UNTIL** [2] - 9:3, 9:4
**UP** [7] - 7:15, 9:22, 11:7, 15:23, 16:9, 16:21, 17:7
**UPON** [1] - 4:6
**US** [1] - 16:12

**V**

**VAINER** [1] - 4:4
**VANIER** [1] - 5:1
**VARNER** [14] - 2:5, 4:16, 5:5, 7:16, 7:25, 8:3, 11:9, 11:25, 12:4, 15:21, 16:1, 16:5, 16:15
**VEGAS** [1] - 13:14
**VERSUS** [2] - 1:6, 4:4
**VERY** [3] - 6:5, 12:19, 14:23
**VICE** [1] - 6:3
**VIOLATE** [1] - 8:8
**VOLUME** [1] - 1:11

**W**

**WAIT** [1] - 12:23

**WAITING** [1] - 10:11
**WALK** [1] - 11:6
**WANT** [6] - 7:9, 14:10, 14:14, 15:23, 16:4, 17:5
**WANTED** [3] - 6:20, 12:20, 15:4
**WANTS** [1] - 12:8
**WAS** [15] - 4:1, 5:17, 5:18, 6:3, 13:21, 13:24, 14:3, 14:5, 14:6, 14:8, 14:12, 14:22, 15:1, 15:2
**WAY** [1] - 17:12
**WE** [30] - 4:14, 4:16, 5:4, 6:3, 7:16, 7:18, 8:2, 8:8, 9:6, 10:1, 10:3, 10:15, 11:2, 11:7, 11:10, 11:15, 11:17, 11:25, 12:5, 12:6, 12:11, 12:14, 12:23, 15:17, 16:12, 16:15, 16:25, 17:3, 17:8, 17:9
**WELCOME** [1] - 16:20
**WELL** [10] - 6:6, 7:8, 11:5, 11:20, 13:21, 15:12, 15:23, 16:13, 16:20, 17:7
**WERE** [3] - 8:20, 13:6, 13:8
**WEST** [4] - 1:16, 1:19, 2:2, 2:23
**WHAT** [4] - 5:18, 11:16, 14:16, 15:15
**WHEN** [4] - 9:25, 12:9, 16:23, 16:24
**WHERE** [6] - 9:6, 9:9, 10:15, 14:3, 16:8, 17:8
**WHEREUPON** [4] - 4:1, 8:19, 9:14, 9:19
**WHETHER** [4] - 6:21, 14:13, 15:1, 16:3
**WHICH** [2] - 13:22, 16:6
**WHILE** [1] - 10:11
**WHO** [7] - 4:18, 4:23, 5:12, 5:25, 7:16, 10:6, 13:19
**WHOM** [1] - 7:18
**WHY** [1] - 13:20
**WILBANKS** [3] - 1:21, 1:21, 4:21
**WILL** [34] - 2:19, 2:20, 6:6, 6:7, 6:8, 6:10, 6:23, 7:22, 8:4, 8:12, 8:17, 9:2, 9:23, 10:2, 10:3, 10:6,

10:13, 10:14, 10:15, 10:16, 10:18, 10:19, 10:23, 10:25, 12:22, 12:24, 13:9, 13:18, 15:17, 16:4, 16:24, 17:3, 17:6, 17:11
**WITH** [29] - 4:20, 5:6, 5:15, 6:1, 7:19, 8:1, 9:1, 9:17, 10:6, 10:7, 10:18, 11:16, 11:22, 11:23, 12:10, 12:12, 12:20, 13:10, 13:12, 13:18, 14:17, 14:19, 14:22, 15:5, 15:6, 15:7, 15:8, 16:12, 17:8
**WITHERS** [1] - 2:10
**WITHIN** [1] - 13:22
**WITNESS** [12] - 6:21, 7:4, 7:12, 7:13, 9:4, 9:8, 9:21, 10:17, 10:18, 10:19, 10:22, 12:24
**WITNESS'S** [1] - 10:20
**WITNESSES** [16] - 4:10, 4:11, 7:9, 7:12, 8:7, 8:22, 8:24, 9:14, 9:19, 9:24, 10:23, 11:13, 11:16, 11:21, 11:23, 12:5
**WOOD** [17] - 1:14, 1:15, 4:14, 4:20, 4:23, 4:25, 12:10, 12:19, 13:1, 13:2, 13:8, 15:17, 16:14, 16:18, 16:23, 17:3
**WORK** [1] - 9:23
**WOULD** [13] - 6:21, 7:8, 7:19, 8:3, 11:11, 12:6, 12:14, 15:9, 15:13, 15:15, 15:21

**Y**

**YES** [7] - 5:23, 6:18, 7:2, 8:10, 10:9, 16:2, 17:5
**YESTERDAY** [1] - 6:3
**YORK** [1] - 2:21
**YOU** [62] - 4:13, 4:15, 5:3, 6:12, 6:25, 7:8, 7:11, 7:13, 7:22, 7:25, 8:6, 8:7, 8:14, 8:17, 8:21, 8:23, 8:24, 9:1, 9:2, 9:5, 9:6, 9:12, 9:16, 9:20, 9:25, 10:1, 10:13, 10:14, 10:15, 11:22, 11:24, 12:1, 12:4, 12:22,

12:23, 12:24, 13:2, 15:11, 15:12, 15:13, 15:14, 15:15, 15:19, 15:22, 16:2, 16:3, 16:4, 16:13, 16:16, 16:20, 16:23, 16:24, 17:5, 17:7, 17:8, 17:9, 17:11
**YOUNG** [1] - 10:14
**YOUR** [49] - 4:14, 4:16, 4:20, 4:25, 5:5, 5:14, 5:23, 6:11, 6:18, 6:25, 7:2, 7:16, 7:19, 7:20, 7:25, 8:1, 8:10, 8:11, 8:17, 8:25, 9:1, 9:17, 11:3, 11:4, 11:9, 11:14, 11:16, 11:25, 12:2, 12:4, 12:12, 13:2, 13:5, 13:9, 13:16, 13:20, 14:9, 14:14, 14:20, 15:11, 15:18, 15:21, 16:1, 16:9, 16:16, 16:18, 17:7
**YOURSELF** [1] - 12:25
**YOURSELVES** [1] - 8:25

**Z**

**ZAHRA** [2] - 2:1, 4:21