# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cv-02509-CAP
### United States of America Ex Rel et al v. Davita, Inc. et al
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 03/03/2015.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 3:30 P.M.     COURT REPORTER: Debra Bull
TIME IN COURT: 5:30                 DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Richard Deane representing Bondurant Mixson & Elmore LLP
Stacey Evans representing Alon J. Vainer, M.D., F.A.C.P.
Stacey Evans representing Dialysis of Georgia, LLC
Stacey Evans representing Union County Dialysis, LLC
Stacey Evans representing Vainer & Vainer Nephrology Consultants, Inc.
Stacey Evans representing Alon J. Vainer
Stacey Evans representing Daniel D. Barbir
Jean Frizzell representing Gibbs & Bruns
Jean Frizzell representing Grant J Harvey
Jonathan Grunberg representing Alon J. Vainer, M.D., F.A.C.P.
Jonathan Grunberg representing Daniel D. Barbir
Gregory Hanthorn representing Bondurant Mixson & Elmore LLP
Zahra Karinshak representing Alon J. Vainer, M.D., F.A.C.P.
Zahra Karinshak representing Daniel D. Barbir
Robert Khayat representing Gibbs & Bruns
Robert Khayat representing Grant J Harvey
Paul Murphy representing Davita, Inc.
Paul Murphy representing Gambro Healthcare, Inc.
Chilton Varner representing Davita, Inc.
Chilton Varner representing Gambro Healthcare, Inc.
L. Wood representing Alon J. Vainer, M.D., F.A.C.P.
L. Wood representing Alon J. Vainer
L. Wood representing Daniel D. Barbir

PROCEEDING CATEGORY: Motion Hearing(Other Evidentiary Hearing-Contested);

MOTIONS RULED ON: [1001]Motion to Compel DEFERRED

MINUTE TEXT: Hearing continued from 1/27/2015. The court addressed the 3/5/15

discovery deadline, plaintiff stated that only one deposition remains outstanding related to discovery. Defendant's in camera rebuttal - defendant's recalled Sharon Adams, sworn and testified. The defendant's requested to be allowed briefing regarding this proceeding/evidence presented. Bondurant and Gibbs and Bruns requested briefing as well. The court allowed defendant's briefing regarding this proceeding by 3/14/15, Bondurant and Gibbs and Bruns can then supplement by 3/24/15. Realtors supplement to their [1069] due 3/9/15. The court allowed defendant's until 3/31/15 to respond to [1069], Realtors have until 4/16/15 to file reply. The Realtors withdrew [639] Motion to Exclude Opinions of Defendants' Expert Kyle Hultgren. Hearing concluded.