# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALON J. VAINER, M.D., F.A.C.P. and DANIEL D. BARBIR, R.N., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) |
| DAVITA, INC. and GAMBRO HEALTHCARE, INC., and their respective subsidiaries and affiliated companies, | ) 1:07-CV-2509-CAP<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT MOTION TO STAY TO PERMIT PARTIES TO FINALIZE TERMS OF AGREED RESOLUTION OF CASE

Counsel for the United States, Relators, and Defendants hereby report that they have reached an agreement in principle to resolve all claims in this case. Accordingly, the United States, Relators, and Defendants hereby jointly move to stay this action for sixty days so that the parties may finalize the terms of the agreement. For the Court's convenience, a proposed order on this motion is attached as Exhibit 1

Respectfully submitted this the 16th day of April, 2015.

| | |
|---|---|
| */s/    Amy Berne* | */s/    L. Lin Wood* |

*Counsel for the United States*

John Henebery
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
601 D Street
Patrick Henry Building - Room 9008
Washington, DC 20530
John.Henebery@usdoj.gov

Amy Berne
Chief – Civil Division
Paris Wynn
Assistant U.S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
Amy.Berne@usdoj.gov
Paris.Wynn@usdoj.gov

*Counsel for the Relators*

L. Lin Wood
L. LIN WOOD, P.C.
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
lwood@linwoodlaw.com

Stacey Godfrey Evans
S.G. EVANS LAW, LLC
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
stacey@sgevanslaw.com

Marlan B. Wilbanks
Tyrone M. Bridges
WILBANKS & BRIDGES, LLP
3414 Peachtree Road, N.E., Suite 1075
Atlanta, GA 30326
mbw@wilbanks-bridgeslaw.com
tmb@wilbanks-bridgeslaw.com

Jeffrey D. Horst
Zahra S. Karinshak
Christopher E. Adams
KREVOLIN & HORST, LLC
1201 West Peachtree Street, Suite 3250
Atlanta, GA 30309
horst@khlawfirm.com
karinshak@khlawfirm.com
adams@khlawfirm.com

*/s/    Paul B. Murphy*

***Counsel for Defendants***

Chilton Davis Varner (Ga. Bar No. 725450)
Paul B. Murphy (Ga. Bar No. 002680)
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: 404-572-4600
Fax: 404-572-5100
cvarner@kslaw.com
pbmurphy@kslaw.com

Mark W. Pearlstein (*pro hac vice*)
Laura McLane (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800
mpearlstein@mwe.com
lmclane@mwe.com

Bobby Lee Cook (Ga. Bar No. 183100)
COOK & CONNELLY
9899 Commerce Street
P.O. Box 370
Summerville, GA 30747
Telephone: 706-857-3421
Facsimile: 706-857-1520
cookandconnelly@windstream.net

H. Lamar Mixson (Ga. Bar No. 514012)
John E. Floyd (Ga. Bar No. 266413)
Randi Engel Schnell (Ga. Bar No. 248592)
Benjamin E. Fox (Ga. Bar No. 329427)
BONDURANT, MIXSON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: 404-881-4100
Facsimile: 404-881-4111
mixson@bmelaw.com
floyd@bmelaw.com
schnell@bmelaw.com
fox@bmelaw.com

Grant J. Harvey (*pro hac vice*)
Brian T. Ross (*pro hac vice*)
Gibbs & Bruns LLP
1100 Louisiana Street, Suite 5300
Houston, Texas  77002
Telephone: 713-751-5267
Facsimile: 713-750-0903
gharvey@gibbsbruns.com
bross@gibbsbruns.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 5.1(C).  This document was prepared in Times New Roman 14 point font.

Respectfully submitted, this the 16th day of April, 2015.

*/s/ Paul B. Murphy*
Paul B. Murphy
Georgia Bar No. 002680

KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
T: (404) 572-4600
F: (404) 572-5100

*Attorney for Defendants DaVita Inc., Gambro Healthcare, Inc., and their respective subsidiaries and affiliated companies*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT MOTION TO STAY TO PERMIT PARTIES TO FINALIZE TERMS OF AGREED RESOLUTION OF CASE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This the 16th day of April, 2015.

/s/ Paul B. Murphy
Paul B. Murphy
Georgia Bar No. 002680

KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
T: (404) 572-4600
F: (404) 572-5100

*Attorney for Defendants DaVita Inc., Gambro Healthcare, Inc., and their respective subsidiaries and affiliated companies*