# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALON J. VAINER, M.D., F.A.C.P. and DANIEL D. BARBIR, R.N., | )<br>)<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| v. | ) 1:07-CV-2509-CAP |
| DAVITA, INC. and GAMBRO HEALTHCARE, INC., and their respective subsidiaries and affiliated companies, | )<br>)<br>)<br>) |
| Defendants. | ) |

### [PROPOSED]
### ORDER GRANTING JOINT MOTION FOR STAY TO PERMIT PARTIES TO FINALIZE TERMS OF AGREED RESOLUTION OF CASE

This matter is before the Court on the parties Joint Motion to Stay to Permit Parties to Finalize Terms of Agreed Resolution of Case. The motion is GRANTED, and this matter is STAYED for sixty days. The evidentiary hearing on the parties motions to exclude expert testimony [Doc. Nos. 635 and 636] scheduled for April 27-29, 2015 is CANCELLED.

- 2 -

The parties shall promptly notify the Court once the terms of the agreed resolution have been finalized.

**SO ORDERED** this the _____ day of April, 2015.

 

_____
CHARLES A. PANNELL, JR.
United States District Judge