# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALON J. VAINER, M.D., F.A.C.P. and DANIEL D. BARBIR, R.N., | ) ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. ) |
| v. | ) 1:07-CV-2509-CAP ) |
| DAVITA, INC. and GAMBRO HEALTHCARE, INC., and their respective subsidiaries and affiliated companies, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The United States of America, Relators Alon J. Vainer, M.D. and Daniel D. Barbir, R.N. (collectively "Relators"), and Defendants DaVita Inc. and Gambro Healthcare, Inc. ("Defendants"), have reached an agreement to settle this matter. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement among the United States, Relators, and Defendants, the Parties hereby stipulate, through their undersigned counsel, to

the dismissal of this action and jointly move the court for the entry of an Order: (1) dismissing with prejudice all claims asserted on behalf of the United States and Relators against Defendants concerning the Covered Conduct as defined in Paragraph F of the Settlement Agreement (attached as Exhibit A hereto); (2) dismissing with prejudice to Relators, but without prejudice to the United States, all other claims asserted against Defendants in the Fourth Amended Complaint, and (3) dismissing with prejudice Relators' claims for expenses, attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d)(2). The United States consents to the dismissal of this matter, pursuant to 31 U.S.C. § 3730(b)(1).

A proposed order is submitted for the Court's consideration as Exhibit B.

Respectfully submitted this the 29th day of June, 2015.

*/s/ Paul B. Murphy*
Chilton Davis Varner (Ga. Bar No. 725450)
Paul B. Murphy (Ga. Bar No. 002680)
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: 404-572-4600
Fax: 404-572-5100
cvarner@kslaw.com
pbmurphy@kslaw.com

Mark W. Pearlstein (*pro hac vice*)
Laura McLane (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Telephone: 617-535-4000
Facsimile: 617-535-3800
mpearlstein@mwe.com
lmclane@mwe.com

Bobby Lee Cook (Ga. Bar No. 183100)
COOK & CONNELLY
9899 Commerce Street
P.O. Box 370
Summerville, GA 30747
Telephone: 706-857-3421
Facsimile: 706-857-1520
cookandconnelly@windstream.net

H. Lamar Mixson (Ga. Bar No. 514012)
John E. Floyd (Ga. Bar No. 266413)
Randi Engel Schnell (Ga. Bar No. 248592)
Benjamin E. Fox (Ga. Bar No. 329427)
BONDURANT, MIXSON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: 404-881-4100
Facsimile: 404-881-4111
mixson@bmelaw.com
floyd@bmelaw.com
schnell@bmelaw.com
fox@bmelaw.com

Grant J. Harvey (*pro hac vice*)
Brian T. Ross (*pro hac vice*)
Gibbs & Bruns LLP
1100 Louisiana Street, Suite 5300
Houston, Texas  77002
Telephone: 713-751-5267
Facsimile: 713-750-0903
gharvey@gibbsbruns.com
bross@gibbsbruns.com

*Attorneys for Defendants DaVita, Inc., and Gambro Healthcare, Inc.*

| | |
|---|---|
| **L. LIN WOOD, P.C.** | **WILBANKS & BRIDGES, LLP** |
| | |
| */s/ L. Lin Wood* | Marlan B. Wilbanks |
| L. Lin Wood | mbw@wilbanks-bridgeslaw.com |
| lwood@linwoodlaw.com | State Bar No. 758223 |
| State Bar No. 774588 | Ty M. Bridges |
| | tmb@wilbanks-bridgeslaw.com |
| 1180 West Peachtree Street | State Bar No. 085000 |
| Suite 2400 | |
| Atlanta, Georgia 30309 | Monarch Plaza |
| 404-891-1402 | 3414 Peachtree Road NE |
| 404-506-9111 (fax) | Suite 1075 |
| | Atlanta, Georgia 30326 |
| | 404-842-1075 |
| | 404-842-0559 (fax) |
| | |
| **S.G. EVANS LAW, LLC** | **KREVOLIN & HORST, LLC** |
| | |
| Stacey Godfrey Evans | Jeffrey D. Horst |
| Stacey@sgevanslaw.com | Horst@khlawfirm.com |
| State Bar No. 298555 | Georgia Bar No. 367834 |
| | Zahra S. Karinshak |
| 1180 West Peachtree Street | Karinshak@khlawfirm.com |
| Suite 2400 | Georgia Bar No. 407911 |
| Atlanta, Georgia 30309 | Christopher E. Adams |
| 404-891-1404 | Adams@khlawfirm.com |
| 678-868-1230 (fax) | Georgia Bar No. 789600 |
| | |
| | 1201 West Peachtree Street |
| | Suite 3250 |
| | Atlanta, Georgia 30309 |
| | 404-888-0922 |
| | 404-888-9577 (fax) |
| | |
| | ***Attorneys for Relators Alon J. Vainer, M.D. and Daniel R. Barbir, R.N.*** |

*/s/ Amy Berne*
Amy Berne
Chief-Civil Division
Paris Wynn
Assistant United States Attorney
600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
Amy.Berne@usdoj.gov
Paris.Wynn@usdoj.gov

***Attorneys for the United States of America***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 50.1(C).  This document was prepared in Times New Roman 14 point font.

Respectfully submitted, this the 29th day of June, 2015.


*/s/ Paul B. Murphy*
Paul B. Murphy

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This the 29th day of June, 2015.

*/s/ Paul B. Murphy*  
Paul B. Murphy
